# EXHIBIT B

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| barbie21@KaZaA | jay-z-the black album-99 problems.mp3 | jay-z | 1,343KB | audio |
| barbie21@KaZaA | my 1st song -the black album_jay-z.mp3 | jay-z | 1,698KB | audio |
| barbie21@KaZaA | outkast-hey ya-speakerboxxx the love below.mp3 | outkast | 6,627KB | audio |
| barbie21@KaZaA | 50 cent - places to go.mp3 | 50 cent and eminem | 2,007KB | audio |
| barbie21@KaZaA | outkast speakerboxxx the love below-hey ya.mp3 | outkast | 2,629KB | audio |
| barbie21@KaZaA | 09 LOVE AT FIRST SITE.wma | Mary J Blige | 2,081KB | audio |
| barbie21@KaZaA | LOVE AT FIRST SITE.wma | Mary J Blige feat Neth | 2,080KB | audio |
| barbie21@KaZaA | bow wow-my baby-unleashed.mp3 | bow wow | 2,287KB | audio |
| barbie21@KaZaA | Michele.kjl | | 3KB | |
| barbie21@KaZaA | deena's songs.kpl | | 1KB | |
| barbie21@KaZaA | knd211_en.exe | Sharman Networks Ltd | 4,036KB | software |
| barbie21@KaZaA | Matchbox 20 - Push.mp3 | Matchbox Twenty | 3,729KB | audio |
| barbie21@KaZaA | tfhoh.mp3 | Tears For Fears | 5,074KB | audio |
| barbie21@KaZaA | 112 - Anywhere.mp3 | 112 | 3,841KB | audio |
| barbie21@KaZaA | Tyrese - What Am I Gonna Do.mp3 | Tyrese | 6,590KB | audio |
| 2 Users | club mixes-Rap-Booty Mix - Booty Drop (1).mp3 | AZ | 3,402KB | audio |
| barbie21@KaZaA | 504 Boyz - I Can Tell.mp3 | 504 Boyz | 4,924KB | audio |
| barbie21@KaZaA | Sheryl Crow - with Kid Rock - Picture Cocky(1).mp3 | Kid Rock(featuring Sheryl... | 4,670KB | audio |
| barbie21@KaZaA | jayz -miamor mp3 | Jay-z and ANgie Martinez | 2,357KB | audio |
| barbie21@KaZaA | Madonna -Like a prayer.mp5 | AZ | 5,473KB | audio |
| barbie21@KaZaA | Tonic If you could only see.mp3 | Tonic | 5,218KB | audio |
| barbie21@KaZaA | [cheerleading] Booty Mix 2 - Shake A Lil Somethin'(1).mp3 | Booty Mix 2 | 898KB | audio |
| barbie21@KaZaA | Wayne Wonder- Go: Somebody.mp3 | AZ | 3,171KB | audio |
| barbie21@KaZaA | mob deep - hey luv.mp3 | Mobb Deep Ft 112 | 1,624KB | audio |
| barbie21@KaZaA | Charmed - Theme Song.mp3 | Charmed | 4,174KB | audio |
| barbie21@KaZaA | Oasis - Bittersweet Symphony (Cruel Intentions) (1).mp3 | AZ | 3,645KB | audio |
| barbie21@KaZaA | Black Street - Don't Leave Ma Girl.mp3 | AZ | 4,332KB | audio |
| barbie21@KaZaA | Christina Aguilera - Fighter.mp3 | Christina Aguilera | 3,108KB | audio |
| barbie21@KaZaA | 1450 cent-21 questions feat nate_dogg-rns.mp3 | AZ | 3,510KB | audio |

Found 998 files | 2,969,949 users online sharing 556,720,275 files (4,544,896 GB) | Not sharing any files

Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend
New Search | Download

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| barbie21@kaZaA | 1+-50_cent-21_questions_feat_nate_dogg-rns.mp3 | AZ | 3,510KB | Audio |
| barbie21@kaZaA | Li'l Mo - 2: Questions.mp3 | Li'l Mo | 4,693KB | Audio |
| barbie21@kaZaA | Elvis Crespo - Suavemente.mp3 | Elvis Crespo | 4,196KB | Audio |
| barbie21@kaZaA | Parody-Eminem (Real Slimshady) feat Christina Aguilera.m... | AZ | 1,763KB | Audio |
| barbie21@kaZaA | Johnny C-Fantasy Girl.mp3 | AZ | 4,007KB | Audio |
| barbie21@kaZaA | Joe Budden - Pump It Up.mp3 | joe buddens | 5,586KB | Audio |
| barbie21@kaZaA | R. Kelly - You Remind Me Of My Jeep.mp3 | AZ | 3,510KB | Audio |
| barbie21@kaZaA | Beware Of The Boys (remix).mp3 | Punjab MC f/ Jay-Z | 3,620KB | Audio |
| barbie21@kaZaA | kc.kp | Unknown | 1KB | |
| barbie21@kaZaA | Hphcp Remixes - Rap_R'n'B Mix.mp3 | AZ | 21,161KB | Audio |
| barbie21@kaZaA | A:apella - Usher - My Way.mp3 | Usher | 3,354KB | Audio |
| barbie21@kaZaA | 50 Cent - In Da Club (beyonce remix) (1).mp3 | AZ | 3,063KB | Audio |
| barbie21@kaZaA | Usher - Nice And Slow.mp3 | Keith Sweat | 2,688KB | Audio |
| barbie21@kaZaA | Usher - You Make Me Wanna.mp3 | AZ | 3,457KB | Audio |
| barbie21@kaZaA | Micheal Jackson - PYT .MP3 | Micheal Jackson | 4,665KB | Audio |
| barbie21@kaZaA | Hp-Hop - Emerging Artists.kpl | Unknown | 0KB | |
| barbie21@kaZaA | evanescence-daredevil soundtrack-bring me to life.mp3 | Evanescence | 1,772KB | Audio |
| barbie21@kaZaA | Mobb Deep f vita - Burn.mp3 | Mobb Deep ft vita | 3,620KB | Audio |
| barbie21@kaZaA | Slow Songs - Jon B.mp3 | babyface and jon b. | 3,741KB | Audio |
| barbie21@kaZaA | Stevie B - Diamond Girl.mp3 | TKA | 4,209KB | Audio |
| barbie21@kaZaA | Pop Rock - Emerging Artists.kpl | Jay Quinn Band | 0KB | |
| barbie21@kaZaA | kmd210_en.exe | Sharman Networks Ltc | 3,574KB | Software |
| barbie21@kaZaA | Akinyele - Put It In My Mouth.mp3 | Akinyele | 1,688KB | Audio |
| barbie21@kaZaA | Aaliyah - If Your Girl Only Knew.mp3 | Aliyah | 1,979KB | Audio |
| barbie21@kaZaA | S Club 7 - Never Had A Dream Come True.mp3 | S Club 7 | 3,772KB | Audio |
| barbie21@kaZaA | deena's songs.kpl | Amanda Perez | 0KB | |
| barbie21@kaZaA | Amanda Perez - Angel.mp3 | Amanda Perez | 3,443KB | Audio |
| barbie21@kaZaA | Michele.kpl | Fat Joe f. Terror Squad | 7KB | |
| barbie21@kaZaA | Jennifer Lopez-03- Im Glad.wma | Jennifer Lopez | 2,191KB | Audio |

Found 998 files | 2,969,919 users online sharing 556,720,275 files (4,544,895 GB) | Not sharing any files

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| barbie21@kaZaA | Jennifer Lopez-03- Im Glad.wma | Jennifer Lopez | 2,191KB | Audio |
| barbie21@kaZaA | DMX - Ruff Ryder's Anthem (DJ Clue Remix).mp3 | AZ | 3,631KB | Audio |
| barbie21@kaZaA | Track 12.MP3 | KP and Envy | 1,712KB | Audio |
| barbie21@kaZaA | 2 Live Crew - Daisy Dukes.MP3 | AZ | 3,577KB | Audio |
| barbie21@kaZaA | Mya (Ft. Jay Z) - Best Of Me (Remix).mp3 | Mya feat. Jay-Z | 3,670KB | Audio |
| barbie21@kaZaA | 1995-DanceMix.mp3 | AZ | 4,267KB | Audio |
| barbie21@kaZaA | R3 - Emerging Artists.kpl | Unknown | 0KB | |
| barbie21@kaZaA | Techno Club Remixes - Canoe 2 This!.mp3 | Techno Mixes | 962KB | |
| barbie21@kaZaA | Notorious BIG feat. Lil Kim - I Need Another Bitch.mp3 | AZ | 2,991KB | Audio |
| barbie21@kaZaA | JAMZ - Fast eddie - booty call (extended club mx).mp3 | AZ | 4,337KB | Audio |
| barbie21@kaZaA | Stevie B. - I'll Be Loving You All My Life.mp3 | AZ | 4,657KB | Audio |
| barbie21@kaZaA | Electronica - Emerging Artists.kpl | Unknown | 0KB | |
| barbie21@kaZaA | Funk - Emerging Artists.kpl | Unknown | 0KB | |
| barbie21@kaZaA | Three Doors Down - Kriptonite.mp3 | AZ | 3,648KB | Audio |
| barbie21@kaZaA | nas-t6-rewind-supermp3s.mp3 | Nas | 2,093KB | Audio |
| barbie21@kaZaA | Hp Hop, 50cent-Jayz diss (1).mp3 | AZ | 1,490KB | Audio |
| barbie21@kaZaA | Beyonce and Jay-Z - Crazy In Love.mp3 | Beyonce and Jay-z | 3,906KB | Audio |
| barbie21@kaZaA | Eminem and Kid Rock - The Song.mp3 | AZ | 1,682KB | Audio |
| barbie21@kaZaA | JayZ - Hova the God (unreleased).mp3 | AZ | 2,111KB | Audio |
| barbie21@kaZaA | Fabolous - Trade It All Remix.mp3 | AZ | 4,462KB | Audio |
| barbie21@kaZaA | Method Man and Mary J. Blige - Youre all I need.mp3 | Method Man and Mary J. ... | 4,838KB | Audio |
| barbie21@kaZaA | SeanPaul-GetBusy.mp3 | AZ | 3,557KB | Audio |
| barbie21@kaZaA | Maddness-Cleaning out my closet freestyle.MP2 | AZ | 4,491KB | Audio |
| barbie21@kaZaA | tu-PAC AND EMINEM - MURDER MURDER.MP3 | Tu Pac and Emnem | 2,736KB | Audio |
| barbie21@kaZaA | Eminem - Voodoo feat. Canibus, Xzibit, Royce Da 5'9",... | AZ | 2,041KB | Audio |
| barbie21@kaZaA | Aaron Hall - I Miss You.mp3 | Aaron Hall | 5,965KB | Audio |
| barbie21@kaZaA | Bone Thugs N Harmony - Crossroads.mp3 | AZ | 3,580KB | Audio |
| barbie21@kaZaA | Montell Jordan - Lets Ride.mp3 | Montell Jordan | 4,215KB | Audio |
| barbie21@kaZaA | R3 - KC and JoJo - All My Life.mp3 | KC and JoJo | 3,451KB | Audio |

Found 598 files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download

New search | Search | Traffic | Shop | Tell A Friend

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| barbie21@kazaA | R3 - KC and Jojo - All My Life.mp3 | KC and Jo Jo | 3,451KB | Audio |
| barbie21@kazaA | SWV - Week In The knees.mp3 | AZ | 3,900KB | Audio |
| barbie21@kazaA | Outkast - Rosa Parks.mp3 | Outkast | 5,555KB | Audio |
| barbie21@kazaA | MasterP - ooohhwee.mp3 | Master P | 2,985KB | Audio |
| barbie21@kazaA | Jodeci - Come And Talk To Me.mp3 | Jodeci | 4,338KB | Audio |
| barbie21@kazaA | Kelly Osbourne - Papa Don't Preach.MP3 | Kelly Osbourne | 3,236KB | Audio |
| barbie21@kazaA | Missy_Timberland - what About Us.mp3 | AZ | 4,153KB | Audio |
| barbie21@kazaA | the immaculate collection-cherish-madonna.mp3 | madonna | 6,083KB | Audio |
| barbie21@kazaA | Exscape - My Little Secret.mp3 | Xscape | 2,369KB | Audio |
| barbie21@kazaA | JayZ ft. Foxy Brown- Ain't No Nigga.mp3 | Jay Z and Foxy Brown | 3,791KB | Audio |
| barbie21@kazaA | Trina ICU Feat Ludacris.mp3 | Trina | 3,750KB | Audio |
| barbie21@kazaA | Xscape - Understanding.mp3 | Xscape | 5,317KB | Audio |
| barbie21@kazaA | Eminem- Hell Bound (unreleased).mp3 | Eminem | 3,672KB | Audio |
| barbie21@kazaA | R. Kelly - Bump and Grind.mp3 | R. Kelly | 4,003KB | Audio |
| barbie21@kazaA | lil kim - touch me tease me feat case.mp3 | Foxy brown | 3,584KB | Audio |
| barbie21@kazaA | Madonna - Material Girl.mp3 | Madonna | 3,647KB | Audio |
| barbie21@kazaA | Into You (feat Ashanti).mp3 | AZ | 6,441KB | Audio |
| barbie21@kazaA | Dance Club Mixes - Mixed Songs.mp3 | Club Mixes | 6,215KB | Audio |
| barbie21@kazaA | Easy E- Gimme Dat Nut.mp3 | Easy-E | 2,780KB | Audio |
| barbie21@kazaA | Gnuwine - 05 - In Those Jeans - simpler.mp3 | Ginuwine | 5,707KB | Audio |
| barbie21@kazaA | 02-ananda_perez-angel_hot_remix-xxl.mp3 | Amanda Perez | 6,681KB | Audio |
| barbie21@kazaA | slow jams - 112 - love you like I do.mp3 | 112 | 4,044KB | Audio |
| barbie21@kazaA | Jon B - They Don't Know.mp3 | AZ | 4,292KB | Audio |
| barbie21@kazaA | Rap - Coolio - Gangster's Paradise.mp3 | Coolio | 3,773KB | Audio |
| barbie21@kazaA | Kelly Clarkson - Miss Independent.mp3 | Kelly Clarkson | 3,558KB | Audio |
| barbie21@kazaA | Paparoach- last resort.mp3 | Papa Roach | 3,172KB | Audio |
| barbie21@kazaA | Destiny's Child - Say My Name.mp3 | Destinys Child | 3,576KB | Audio |
| barbie21@kazaA | young gunz- can stop wont stop.mp3 | cd1-16-chuts_and_neef-c... | 3,234KB | Audio |
| TaTu-Not Gonna Get Us.mp3 | | T.A.T.U. | 4,120KB | Audio |

Found 508 files | 15,969,919 users online, sharing 556,720,275 files (4,544,896 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download
Newsearch | Search | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| barbie21@kaZaA | Tatu - Not Gonna Get Us.mp3 | T.A.T.U. | 4,126KB | Audio |
| barbie21@kaZaA | Blaque - Bring It All To Me.mp3 | Blaque Feat N'Sync | 3,408KB | Audio |
| barbie21@kaZaA | FaButoUs Ft Lil mO -AnT LeT u Go.mp3 | Fabolous feat. Lil Mo | 3,552KB | Audio |
| barbie21@kaZaA | Nelly - Luven Me.mp3 | Nelly | 3,878KB | Audio |
| barbie21@kaZaA | Salt N Peppa - Lets Talk About Sex.mp3 | Salt N Peppa | 2,587KB | Audio |
| barbie21@kaZaA | NAS - Kissing.mp3 | Nas | 3,994KB | Audio |
| barbie21@kaZaA | Amerie - Got To Be There.mp3 | Amerie | 2,641KB | Audio |
| barbie21@kaZaA | Missy Elliott - Work It (Dirty).mp3 | AZ | 4,117KB | Audio |
| barbie21@kaZaA | Wu Tang Clan - Cream.mp3 | Wu-Tang Clan | 3,800KB | Audio |
| barbie21@kaZaA | Old School Rap - Montell Jordan - This Is How We Do It.mp3 | AZ | 4,004KB | Audio |
| barbie21@kaZaA | Hot Boys_Big Tymers-I Rock Ice.mp3 | AZ | 4,558KB | Audio |
| barbie21@kaZaA | silk- "here's A Meeting In My Bedroom.mp3 | silk | 3,672KB | Audio |
| barbie21@kaZaA | Boyz II Men - I'll Make Love To You.mp3 | AZ | 3,700KB | Audio |
| barbie21@kaZaA | KC And JoJo_Tel Me It's Real.mp3 | Kci_Jojo | 4,395KB | Audio |
| barbie21@kaZaA | red cafe - may I.mp3 | Red Cafe | 4,762KB | Audio |
| barbie21@kaZaA | Fabulous- i really like.mp3 | Fabulous feat. ashanti | 4,320KB | Audio |
| barbie21@kaZaA | where the ladies at.mp3 | Crooklyn Clan | 2,280KB | Audio |
| barbie21@kaZaA | Mya - Free (1).mp3 | Mya | 5,023KB | Audio |
| barbie21@kaZaA | Jodeci - Forever My _adv.mp3 | Jodeci | 4,979KB | Audio |
| barbie21@kaZaA | 69 Boys -Tootchie Momma.mp3 | AZ | 2,606KB | Audio |
| barbie21@kaZaA | 03-Red_Cafe-Hoes-FUA.mp3 | red cafe | 4,641KB | Audio |
| barbie21@kaZaA | Mya feat. Silk Da Shocker - Movn' On.mp3 | AZ | 3,570KB | Audio |
| barbie21@kaZaA | 07-red_cafe-get_up-wcr.mp3 | Red Cafe | 2,006KB | Audio |
| barbie21@kaZaA | red cafe- virus (1).mp3 | Red Cafe | 4,605KB | Audio |
| barbie21@kaZaA | 20-red_cafe-thus-lin-wcr.mp3 | Red Cafe | 2,060KB | Audio |
| barbie21@kaZaA | New Kids on the Block - Right Stuff.mp3 | AZ | 3,517KB | Audio |
| barbie21@kaZaA | Vanilla Ice - Play That Funky Music.mp3 | Vanilla Ice | 4,160KB | Audio |
| barbie21@kaZaA | Salt N Peppa - Push It.mp3 | AZ | 3,266KB | Audio |
| barbie21@kaZaA | 08-red_cafe-name_owes_me-wcr (2).mp3 | red cafe | 1,738KB | Audio |

Found 598 files | 2,969,919 users online, sharing 556,720,275 files (4,544,896 GB) | Not sharing any files

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| barbie21@kazaA | 08-red_cafe-game_owes_me-wr (2).mp3 | red cafe | 1,738KB | Audio |
| barbie21@kazaA | Beach Boys - Cocomo.mp3 | AZ | 3,402KB | Audio |
| barbie21@kazaA | 2 Live Crew - Me So Horny.mp3 | AZ | 4,513KB | Audio |
| barbie21@kazaA | mix 1.kpl | pop 80s music | 0KB | |
| barbie21@kazaA | Vanilla Ice - Ice Ice Baby.mp3 | AZ | 4,164KB | Audio |
| barbie21@kazaA | 04_Cameltoe.mp3 | AZ | 4,184KB | Audio |
| barbie21@kazaA | lil kim - how many licks.mp3 | Lil' Kim | 5,436KB | Audio |
| barbie21@kazaA | Salt 'n Pespa - Shoop.mp3 | AZ | 3,686KB | Audio |
| barbie21@kazaA | Shortcut to download1057355937B5468696.lnk | Unknown | 0KB | |
| barbie21@kazaA | Li Kim - The Jump Off ft.mr cheeks and timbaland.mp3 | Lil Kim | 3,719KB | Audio |
| barbie21@kazaA | Fugees - Killing Me Softly.mp3 | AZ | 4,688KB | Audio |
| barbie21@kazaA | SAMOAN STYLE-MIXES-Funk Master Flex - Reggae Mix 2000... | Techno | 2,412KB | Audio |
| barbie21@kazaA | dances.kpl | Dance Party Favorites | 0KB | |
| barbie21@kazaA | Sean Paul - Shake That Thing.mp3 | Sean Paul | 3,656KB | Audio |
| barbie21@kazaA | Tantric - Breakdown.mp3 | AZ | 2,591KB | Audio |
| barbie21@kazaA | Five Man Electrical Band_Signs.mp3 | Five Man Electrical Band | 2,652KB | Audio |
| barbie21@kazaA | Methodman and Redman - BackOut.mp3 | Method Man_Red Man | 4,562KB | Audio |
| barbie21@kazaA | 90's Dance Club - Megamix 2.mp3 | AZ | 1,210KB | Audio |
| barbie21@kazaA | DJ Funk Booty House Anthems 05 Every Freakin Day.mp3 | Dance Music | 4,336KB | Audio |
| barbie21@kazaA | 11 Forever More.wma | R-Kelly | 1,690KB | Audio |
| barbie21@kazaA | 80 Old School Rap - Volume 2 - The Roof Is On Fire.mp3 | Bizzy Bone | 2,420KB | Audio |
| barbie21@kazaA | .kpl | Super Cat, Biggie | 0KB | |
| barbie21@kazaA | Three six mafia - Hit A Mother Fucker.mp3 | AZ | 3,714KB | Audio |
| barbie21@kazaA | Three Six Mafia - Act Like You Know Me.mp3 | AZ | 3,920KB | Audio |
| barbie21@kazaA | TLC - Waterfalls.mp3 | AZ | 4,568KB | Audio |
| barbie21@kazaA | Bonnie Tyler - Total Eclipse Of The Heart.mp3 | Bonnie Tyler | 4,191KB | Audio |
| barbie21@kazaA | Notorious BIG - Juicy.mp3 | The Notorious B.I.G. | 4,731KB | Audio |
| barbie21@kazaA | 2 Pac - Baby Don't Cry.mp3 | 2 Pac_The Outlawz | 4,128KB | Audio |
| barbie21@kazaA | Notorious BIG - Hypnotize.mp3 | AZ | 3,594KB | Audio |

Found 598 files   2,999,919 users searching, sharing 556,720,275 files (4,544,896 GB)   Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

| User | Filename | Artist | Size | MediaType |
|---|---|---|---|---|
| barbie21@KaZaA | Notorious BIG - Hypnotize.mp3 | AZ | 3,594KB | Audio |
| barbie21@KaZaA | 09 - Wake Your Mind Up.mp3 | 311 | 3,041KB | Audio |
| barbie21@KaZaA | Notorious BIG ft. Puff Daddy, and Lil Kim - N.O.T.O.R.I.O.U... | Notorious BIG | 2,986KB | Audio |
| barbie21@KaZaA | Whitney Houston - I Will Always Love You.mp3 | Whitney Houston | 4,266KB | Audio |
| barbie21@KaZaA | Brandy - Sitting Up In My Room.mp3 | AZ | 4,557KB | Audio |
| barbie21@KaZaA | Whitney Houston - Exhale (Shoop Shoop).mp3 | Whitney Houston | 3,227KB | Audio |
| barbie21@KaZaA | nothing but mamals - The Blood +ound Gang.mp3 | AZ | 4,070KB | Audio |
| barbie21@KaZaA | Nas with .auryn -ill (of t'e Fugees) - If I Ruled The World... | AZ | 3,856KB | Audio |
| barbie21@KaZaA | The Ataris - 06 - Road Signs And Rock Songs.mp3 | The Ataris | 2,988KB | Audio |
| barbie21@KaZaA | Keith Murray - Candy Ba'.mp3 | Keith Murray | 2,083KB | Audio |
| barbie21@KaZaA | John Cougar Melencamp - Little Pink Houses.mp3 | AZ | 4,432KB | Audio |
| barbie21@KaZaA | John Cougar Melencamp - Cherry Bomb.mp3 | AZ | 4,518KB | Audio |
| barbie21@KaZaA | taylor dane - total eclipse of the heart.mp3 | Taylor Danye | 3,641KB | Audio |
| barbie21@KaZaA | 311 - Fuck The Bullshit.mp3 | 311 | 3,514KB | Audio |
| barbie21@KaZaA | 311 - Who's Got The Herb.mp3 | 311 | 4,530KB | Audio |
| barbie21@KaZaA | Instrumentals Jadakiss - blood pressure INSTRUMENTAL.m... | Da Band | 5,928KB | Audio |
| barbie21@KaZaA | Method Man - Tical.mp3 | Method Man | 3,710KB | Audio |
| barbie21@KaZaA | Linkin Park - forgotten.mp3 | Linkin Park | 3,038KB | Audio |
| barbie21@KaZaA | George Michael - Faith - Hard Day.mp3 | George Michael | 4,500KB | Audio |
| barbie21@KaZaA | Judy Collins - Wind Beneath My Wings.mp3 | Jucy Collins | 3,144KB | Audio |
| barbie21@KaZaA | Aaliyah tribute song - 112 - Cry On.mp3 | 112 | 4,764KB | Audio |
| barbie21@KaZaA | The Allman Brothers Band - Ain't Wastin Time No More.wma | The Allman Brothers Band | 5,241KB | Audio |
| barbie21@KaZaA | hot reggae mixes.mp3 | Reggae | 4,400KB | Audio |
| barbie21@KaZaA | boombalalala.MP3 | Dj Mix | 5,756KB | Audio |
| barbie21@KaZaA | 24K - Don't Go There.mp3 | 24< | 3,512KB | Audio |
| barbie21@KaZaA | Rick James - Superfreak.mp3 | Rick James | 3,143KB | Audio |
| barbie21@KaZaA | Blue Streak-(11)- Da Shortiez- Da Freak.mp3 | Unknown | 4,601KB | Audio |
| | Staind-INTRO.mp3 | Staind | 5,374KB | Audio |
| barbie21@KaZaA | STAIND-INTRO.mp3 | STAIND | 5,253KB | Audio |

Found 598 files  |  2,969,949 users online sharing 556,720,275 files (4,544,396 GB)  |  Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend
New search | Download

| Filename | Artist | Size | Media Type |
|---|---|---|---|
| STAIND - INTRO.mp3 | STAIND | 5,239KB | Audio |
| Snoop Doggy Dogg - Gin and Juice.mp3 | Snoop Dogg | 3,306KB | Audio |
| Rob Base_DJ EZ Rock - It Takes Two.mp3 | Rob Base_DJ EZ Rock | 5,685KB | Audio |
| R.3 - Boys II Men - I Swear.mp3 | all 4 one | 4,015KB | Audio |
| 03 So Far Away.wma | Staind | 3,654KB | Audio |
| Punjabi - Mega Mixes - UCLA Bhangra Team.mp3 | UCLA | 5,286KB | Audio |
| (Get Down) Like A Pimp_ll Flip ft. David Banner.mp3 | Get Down | 1,735KB | Audio |
| daniel beddingfield - if you're not the one.wma | Da Band | 2,557KB | Audio |
| Fuel-Shimmer.MP3 | Fuel | 1,456KB | Audio |
| Hot Boyz - I Need A 4ot Girl.mp3 | Hot Boyz | 4,583KB | Audio |
| staind 14 shades of grey-frey.mp3 | stand | 2,041KB | Audio |
| Staind - Could it be.mp3 | stand | 4,446KB | Audio |
| Staind - 14 Shades Of Gray - 02 - How About You.mp3 | Staind | 5,597KB | Audio |
| Staind-14 SHADES OF GREY-reality.mp3 | Staind | 4,579KB | Audio |
| Da Band-Chopper.mp3 | Chopper | 1,586KB | Audio |
| 05-staind-frey-rns.mp3 | Staind | 7,136KB | Audio |
| R. Kelly - 17 - Imagine That (Bonus).mp3 | R. Kelly | 6,534KB | Audio |
| barbie21@KaZaA da_band-tonight-xxl.mp3 | Da Band | 5,908KB | Audio |
| 1t -Forever More-R. Kelly-Chocolate Factory.mp3 | R. Kelly | 5,037KB | Audio |
| Eliot Vess You Rich.mp3 | Making Tha Band 2 | 2,949KB | Audio |
| sonic super mp3.asf | Unknown | 22B | Video |
| Limp Biskit_Eat you alive.mp3 | Limp Biskit | 5,086KB | Audio |
| Alanis Morissette - Mary Jane.mp3 | TOm petty | 4,235KB | Audio |
| ashanti-chapter i-rain on me.mp3 | ash ant | 3,192KB | Audio |
| R.3 - Public Announcement - Body Bumpin.mp3 | Public Announcement | 3,236KB | Audio |
| Akinyele - Put It (Club Remix).mp3 | Akinyele | 5,536KB | Audio |
| Babyface Feat. Mariah Carey - Every Time I Close My Eyes... | Babyface | 4,630KB | Audio |
| AC-DC - You Shook Me All Night Long.mp3 | AC | 3,270KB | Audio |
| TLC-Red Light Special (1).mp3 | TLC | 3,374KB | Audio |

Users: barbie21@KaZaA (repeated)

Found 998 files | [7,969,919 users on-line sharing 556,720,275 files (4,544,996 GB)] | Not sharing any files

*Kazaa - [Search]*

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New Search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| barbie21@KaZaA | TLC - Red Light Special (1) (1).mp3 | TLC | 3,574KB | Audio |
| barbie21@KaZaA | grand champ-fuck y'all-dmx.mp3 | dmx | 2,285KB | Audio |
| barbie21@KaZaA | Ol' Dirty Bastard - Ghetto Superstar (Feat. Mya).mp3 | Ol' Dirty Bastard | 4,153KB | Audio |
| barbie21@KaZaA | mya - my love is like no (1) (1) (1).mp3 | Mya | 3,278KB | Audio |
| barbie21@KaZaA | dmx-grand champ-untouchable.mp3 | dmx | 2,380KB | Audio |
| barbie21@KaZaA | mase - tell me what you want.mp3 | Mase f Total | 3,611KB | Audio |
| barbie21@KaZaA | Kanye West - Last Night.MP3 | Kanye West | 2,697KB | Audio |
| barbie21@KaZaA | PARTY SONGS-Chicken Dance Song.mp3 | Chicken | 2,536KB | Audio |
| barbie21@KaZaA | Styles - I Get High II.mp3 | Styles | 5,258KB | Audio |
| barbie21@KaZaA | Shortcut to Alanis Morissette - Mary Jane.lnk | Unknown | 0KB | |
| barbie21@KaZaA | Kanye West - I need to know.mp3 | Kanye West | 1,710KB | Audio |
| barbie21@KaZaA | Kanye West - Homecoming.mp3 | Kanye West | 1,539KB | Audio |
| barbie21@KaZaA | Save The Last Dance - X-2-C - Bona Fide.wma | Save The Last Dance | 3,813KB | Audio |
| barbie21@KaZaA | my milkshake.mp3 | Kelis | 2,555KB | Audio |
| barbie21@KaZaA | Sir Mix Alot - Tootsee Roll.mp3 | Sir Mix-A-lot | 3,798KB | Audio |
| barbie21@KaZaA | Run DMC It's Tricky (remix).mp3 | Run D.M.C. | 3,491KB | Audio |
| barbie21@KaZaA | camp lo - Luciini.mp3 | Camp Lo | 3,740KB | Audio |
| barbie21@KaZaA | BIG_1__JAY_Z___FREESTYLE.MP3 | Big L, Jay Z | 2,935KB | Audio |
| barbie21@KaZaA | Party Music - Hoky Poky .mp3 | Party Music | 3,216KB | Audio |
| barbie21@KaZaA | Blahzay Blahzay - Danger (DJ Premier Remix) .mp3 | Blahzay Blahzay | 3,452KB | Audio |
| barbie21@KaZaA | hiphop - Supercat featuring Notorious BIG_3rd Eye Blind -.. | Super Cat, Biggie | 3,644KB | Audio |
| barbie21@KaZaA | lunidee feat. 50 cent - never leave you.mp3 | 50 Cent | 4,573KB | Audio |
| barbie21@KaZaA | Jagged Edge - Walked Right Out Of Heaven.mp3 | Jagged Edge | 4,245KB | Audio |
| barbie21@KaZaA | Outkast - Hey Ye.mp3 | Outkast | 3,889KB | Audio |
| barbie21@KaZaA | Outkast - Hey Ye (1).mp3 | Outkast | 4,699KB | Audio |
| barbie21@KaZaA | 50 Cent-Fuck and Be Friends.WMA | 50 cents, Emirem, D.G | 2,282KB | Audio |
| barbie21@KaZaA | Eminem ft 50 cents.mp3 | 50 cent and eminem | 3,793KB | Audio |
| barbie21@KaZaA | Next - Wifey.mp3 | Next | 3,783KB | Audio |

Found 598 files | 2,969,949 Users online, sharing 556,720,275 files (4,544,896 GB) | Not sharing any files