Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| barbie21@KaZaA | Eve - Love Is Blind.mp3 | Eve | 2,033KB | Audio | |
| barbie21@KaZaA | RapRnB - Missy Elliot_Sisco - How Many Licks.mp3 | Lil' Kim / The Notorious KIM | 3,641KB | Audio | How Many |
| barbie21@KaZaA | old school slow jams - Mint Condition - Pretty Brown Eyes.... | old school slow jams | 2,098KB | Audio | |
| barbie21@KaZaA | 98 Degrees - I Do (Cherish You).mp3 | 98 Degrees | 3,547KB | Audio | |
| barbie21@KaZaA | old school slow jams - Immature - Please Dont Go.mp3 | Immature | 4,250KB | Audio | |
| barbie21@KaZaA | Mary_Meth - Love At First Sight.mp3 | Mary J Blige Feat. Method.. | 7,312KB | Audio | Love A |
| barbie21@KaZaA | Tupac Resurrection.mp3 | 2pac | 3,300KB | Audio | |
| barbie21@KaZaA | 13-sheek_louch-dblock_(feat._jhood)-rns.mp3 | Sheek Louch | 4,972KB | Audio | D-Bl |
| barbie21@KaZaA | sexyLady.mp3 | shaggy Ft sean a paul | 3,550KB | Audio | |
| barbie21@KaZaA | dance ok mp3 | Mixes - DJ Cuttin' Carrera | 10,730KB | Audio | Old Schoo |
| barbie21@KaZaA | Cheerleading Power Music - Cheer Mix 11 - 99 - Rock It Like.. | AZ | 681KB | Audio | Rock It Like |
| barbie21@KaZaA | Club Mixes - Party Mix 1999 - dance 90's medley (1).mp3 | Various Artist | 6,669KB | Audio | Party Mix ( |
| barbie21@KaZaA | remixes ghetto superstar.mp3 | R_B Hip Hop Reggae | 2,191KB | Audio | |
| barbie21@KaZaA | Chingy Feat. Ludacris and Snop Dogg - Holidae In.MP3 | Chingy feat. Ludacris_S... | 2,128KB | Audio | |
| barbie21@KaZaA | Sammie - Crazy Things I Do.mp3 | Sammie | 2,375KB | Audio | |
| barbie21@KaZaA | Nicole's Cheerleading Mixes - Chic - Chic Cheer (Remix) (DJ... | Various | 2,370KB | Audio | Chic_ |
| barbie21@KaZaA | Shady Team-Hail Mary (Remix)3.mp3 | DJ Green Lantern | 7,449KB | Audio | Hail Mary - Eminem 50 C |
| barbie21@KaZaA | Chingy - Right Thurr.mp3 | Chingy | 3,388KB | Audio | |
| barbie21@KaZaA | Linkin Park - Faint.mp3 | Linkin Park | 2,536KB | Audio | |
| barbie21@KaZaA | Fat Joe - 09 - All I Need (f. Tony Sunshine_Armageddon).... | Fat Joe | 3,773KB | Audio | All I Need (f. Tony Suns |
| barbie21@KaZaA | 12-lil_kim-magic_stick_(feat_50_cent)-rns.mp3 | Lil Kim | 8,437KB | Audio | Magic S |
| barbie21@KaZaA | justin timberlake ft. 50 and eminem- cry me a river.mp3 | Justin Timberlake Feat 50... | 6,650KB | Audio | Cry |
| barbie21@KaZaA | thug pas | 2Pac | 3,605KB | | |
| barbie21@KaZaA | Linkin Park - Somewhere I Belong.mp3 | Linkin Park | 3,366KB | Audio | S |
| barbie21@KaZaA | 06-joe_buddens_feat._jay-z-pump_it_up_(remix)-wcr.mp3 | Joe Buddens Feat. Jay-Z | 7,040KB | Audio | F |
| barbie21@KaZaA | Eminem VS Britney spears - Opps... The Real Slim Shadey d... | EMINEM vs BRITNEY SPE... | 3,678KB | Audio | Oops! Slim |
| barbie21@KaZaA | Cuban Link - Tell Me What U Want - (featuring Fat Joe).mp3 | Terror Squad | 3,350KB | Audio | Tell Me What U Want - (featuring F |
| barbie21@KaZaA | Ghostown Djs- My Boo.mp3 | Ghost Town DJs | 3,349KB | Audio | |
| barbie21@KaZaA | worst way.mp3 | Da Band (Bad Boy's New .. | 5,638KB | Audio | |

Found 598 files | 2,969,949 users online, sharing 556,720,275 files (4,544,896 GB) | Not sharing any files

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| barbie21@KaZaA | wurst way.mp3 | Da Band (Bad Boy's New . . | 5,638KB | Audio | |
| barbie21@KaZaA | Baltimore Club Music - Put Your Leg Up.mp3 | Baltimore Club | 3,284KB | Audio | |
| barbie21@KaZaA | foxy brown - 07 - candy feat kels (1).mp3 | Foxy Brown ft kelis | 3,494KB | Audio | I Ta |
| barbie21@KaZaA | Fat Man Scoop feat. Ja Rule, Foxy Brown, DMX - Put Ya ... | Fat Man Scoop | 3,146KB | Audio | Put Ya Hands Up (feat. Ja Rule, |
| barbie21@KaZaA | Bring It On Soundtrack - Toros - Nationals Routine (1).mp3 | Bring it on Soundtrack | 1,629KB | Audio | |
| barbie21@KaZaA | Tatu - All The Things She Said.mp3 | Tatu | 3,558KB | Audio | All T |
| barbie21@KaZaA | Aaliyah - I'm So Into You.mp3 | Aaliyah | 2,412KB | Audio | |
| barbie21@KaZaA | R3 - Mya and Blackstreet - Take Me There (Jackson Fives .. | Blackstreet_Mya | 3,728KB | Audio | |
| barbie21@KaZaA | Cuban Link - Bet Ya Man Can't.mp3 | Fat Joe f. Terror Squad | 2,560KB | Audio | |
| barbie21@KaZaA | terror squad-Cuban Links - Still Tellin' Lies.mp3 | terror squad | 3,421KB | Audio | |
| barbie21@KaZaA | AZ - 04 - Take It Off.mp3 | AZ | 2,571KB | Audio | |
| barbie21@KaZaA | Ice Cube - You Can Do It.mp3 | ice cube | 6,430KB | Audio | |
| barbie21@KaZaA | TLC - Silly Ho.mp3 | TLC | 2,591KB | Audio | |
| barbie21@KaZaA | (04) AZ - Take It Off.mp3 | AZ | 2,057KB | Audio | |
| barbie21@KaZaA | House - Theres some Hos in this house.mp3 | Remixes,Rave,Progressive | 3,476KB | Audio | There's som |
| barbie21@KaZaA | Freaknasty - I Dip, You Dip, We Dip.mp3 | Freaknasty | 2,790KB | Audio | I Di |
| barbie21@KaZaA | DJ Chill - Club HipHop Mix.mp3 | DJ Scribble | 6,396KB | Audio | 20 |
| barbie21@KaZaA | Baltimore Club - Diamond K - Put Your Leg Up (remix).mp3 | Baltimore Club Music | 3,201KB | Audio | Put Y |
| barbie21@KaZaA | Baltimore club - Watch Out For The Big Girls (1) mp3 | Baltimore Club | 2,356KB | Audio | Watch O |
| barbie21@KaZaA | dj funk - hold up wait a minute.mp3 | DJ Funk | 1,412KB | Audio | Ho |
| barbie21@KaZaA | Old School - Double Dutch Bus.mp3 | Old School | 4,183KB | Audio | |
| barbie21@KaZaA | masta p - hoodie hoo.mp3 | masta p | 2,408KB | Audio | |
| barbie21@KaZaA | NWA - Automobile.mp3 | Easy E (NWA) | 2,850KB | Audio | |
| barbie21@KaZaA | TuPac - How Do You Want It.mp3 | 2Pac featuring KC and Jo... | 3,902KB | Audio | |
| barbie21@KaZaA | DJ Denilson - RB Mix - Shaggy, Outkast, Dru Hill, Mary J, ... | Dance Club Mixes | 8,604KB | Audio | ip Hop Remixes---Shaggy, Outkas |
| barbie21@KaZaA | Nas - Nastradamus.mp3 | Nas | 3,668KB | Audio | |
| barbie21@KaZaA | Bring It On Soundtrack - Toros - Nationals Routine.mp3 | Bring It On Soundtrack | 1,664KB | Audio | Bring It On |
| barbie21@KaZaA | REGGAE HIP HOP - Cool Reggae Remixes.mp3 | SOCA-2003 | 3,359KB | Audio | Co |
| barbie21@KaZaA | Furious (Ja Rule-Vita-01).mp3 | Various Artists | 4,032KB | Audio | Furiou |



Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| barbie21@KaZaA | Furious (Ja Rule-Vita-01).mp3 | Various Artists | 4,032KB | Audio | Furiou |
| barbie21@KaZaA | REGGAE - If I was a Rich Gir.mp3 | Lacy Saw | 2,567KB | Audio | |
| barbie21@KaZaA | Green Lantern Feat Nas - Stilmatic.mp3 | DJ Green Lantern | 2,308KB | Audio | |
| barbie21@KaZaA | Remix - Club Mixes - Party Mix 1999 - dance 90's medley.... | Various | 6,284KB | Audio | Club Mixe |
| barbie21@KaZaA | (slow jams)--Dru Hill-Were Not Making Love No More.mp3 | Dru Hill | 4,457KB | Audio | We're Not Ma |
| barbie21@KaZaA | Old School Rap - Wreckx n Effect - Rumpshaker.mp3 | Old School Rap | 4,888KB | Audio | |
| barbie21@KaZaA | The Wood (Soundtrack) - Think About You -- Blackstreet.m... | Blackstreet | 4,345KB | Audio | |
| barbie21@KaZaA | 13-jay_z_ft._pharell-excuse_me_miss-tas.mp3 | Jay Z Ft. Pharell | 6,106KB | Audio | |
| barbie21@KaZaA | Aaliyah-Age Aint Nothin but a Number.mp3 | Aalyah | 3,559KB | Audio | Age Ain't Not |
| barbie21@KaZaA | Aaliyah - The One I Gave My Heart To.mp3 | Aalyah | 3,692KB | Audio | The One I |
| barbie21@KaZaA | Three Doors Down - Love Me When Im Gone.mp3 | 3 Doors Down | 5,884KB | Audio | When I'm Go |
| barbie21@KaZaA | 12.Jay-Z Feat. Eminem - Renegade.mp3 | Jay-Z Feat. Eminem | 5,280KB | Audio | |
| barbie21@KaZaA | best reggae mixes.mp3 | Mixes | 3,866KB | Audio | RAGGAE EXPLICIT REMIXES (Hiphc |
| barbie21@KaZaA | Tupac - Dear Momma.mp3 | 2pac | 4,372KB | Audio | |
| barbie21@KaZaA | everyone falls in love reggae mix.mp3 | Reagee | 3,705KB | Audio | |
| barbie21@KaZaA | mixes dj tony touch - hot rare old school.mp3 | Mixes - DJ Tony Touch | 16,945KB | Audio | H |
| barbie21@KaZaA | Joe - I Wanna Know mp3 | Joe | 4,668KB | Audio | |
| barbie21@KaZaA | aaliyah-_miss-you_.mp3 | aaliyah | 3,785KB | Audio | "mis |
| barbie21@KaZaA | Mya - Case of the Ex.mp3 | MYA | 3,698KB | Audio | |
| barbie21@KaZaA | Naughty By Nature feat. 3LW - Feels Good.mp3 | Naughty by Nature ft. 3.. | 4,028KB | Audio | |
| barbie21@KaZaA | Techno - Club Mix '97 - The Roof Is On Fire (House Mix).m... | AZ | 4,010KB | Audio | The Roof Is C |
| barbie21@KaZaA | Cheerleading - San Clemente HS Mix - Nsync, PRoach, Brit... | AZ | 2,112KB | Audio | Nsyr |
| barbie21@KaZaA | 05-jay-z-excuse_me_miss_(remix)-wcr.mp3 | Jay-Z | 4,753KB | Audio | Excu |
| barbie21@KaZaA | Amerie feat. Foxy Brown - Talkin' To Me (remix).mp3 | Amerie Ft Foxy Brown | 5,141KB | Audio | |
| barbie21@KaZaA | 03-50_cent_featuring_sean_paul-ya_not_ready-wcr.mp3 | 50 Cent feat. Sean Paul | 2,257KB | Audio | |
| barbie21@KaZaA | 01-mya_feat._missy-my_love_is_like_whoa-cms.mp3 | Mya Feat. Missy | 4,949KB | Audio | My |
| barbie21@KaZaA | Mya Feat. Missy - My Love Is Like Whoa.mp3 | Mya Feat. Missy | 3,302KB | Audio | My |
| barbie21@KaZaA | 10-red_cafe_feat_jadakiss-ai-wcr.mp3 | red cafe feat jadakiss | 2,431KB | Audio | |
| barbie21@KaZaA | Freeway - Philadelphia Freeway - 01 - Move Out.mp3 | Red Cafe featuring Free... | 5,279KB | Audio | |

Found 598 files | 2,969,949 users online; sharing 556,720,275 files (4,544,896 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| barbie21@KaZaA | Freeway - Philadelphia Freeway - 01 - Move Out.mp3 | Red Cafe featuring Free... | 5,279KB | Audio | |
| barbie21@KaZaA | Dj Whoo Kid - Hood Radio Vol 1 - 27 - Red Cafe - Rider.mp3 | Red Cafe | 4,941KB | Audio | |
| barbie21@KaZaA | 05_-_Boys.mp3 | Britney Spears | 3,975KB | Audio | |
| barbie21@KaZaA | 19-red_cafe_feat._the_clipse-htmen_4_hire-wcr.mp3 | Red Cafe Feat. The Clipse | 4,978KB | Audio | |
| barbie21@KaZaA | Red Cafe - Crazie Mix - we not to be fucked with feat. Mo... | Red Cafe | 4,601KB | Audio | we not to be fucked wit |
| barbie21@KaZaA | Red Cafe, Exo, Q Da Kid - We Just Hustle.mp3 | Red Cafe, Exe, Q Da Kid | 3,112KB | Audio | |
| barbie21@KaZaA | 01-lumidee_busta_rhymes_fabolous-never_leave_remix(m... | Lumidee Busta Rhymes F... | 4,770KB | Audio | Never |
| barbie21@KaZaA | Lumidee - Never Leave You diwaliRiddimMegaMix (1).mp3 | wayne wonder, sean paul ... | 3,210KB | Audio | Lumidee - Never Leave You diwali |
| barbie21@KaZaA | Method Man - Judgement Day.mp3 | Method Man | 5,628KB | Audio | |
| barbie21@KaZaA | ashanti - Foolish.mp3 | Ashanti | 887KB | Audio | |
| barbie21@KaZaA | 36 Mafia - Sippin On Syrup.mp3 | Three Six Mafia | 4,226KB | Audio | Sipp |
| barbie21@KaZaA | Tupac - How Do You Want It.mp3 | 2Pac featuring KC and Jo... | 4,480KB | Audio | |
| barbie21@KaZaA | Notorious BIG_1:2 - Sky is the Limit.mp3 | Notorious BIG | 5,148KB | Audio | |
| barbie21@KaZaA | 16-da_band_(bad_boys_new_group)-bad_boy_this__that .. | Da Band | 4,235KB | Audio | |
| barbie21@KaZaA | Paula Abdul - Spellbound.mp3 | Paula Abdul | 4,510KB | Audio | |
| barbie21@KaZaA | 13-almost famous-uh oooh (remix) featuring busta rhymes .. | AZ | 2,688KB | Audio | uh oooh (re |
| barbie21@KaZaA | Young Guns - Can't Stop, Won't Stop.mp3 | Young Guns | 5,205KB | Audio | Cent Stop |
| barbie21@KaZaA | Celion Dion - Its all Comming Back to Me Now.mp3 | Celne Dion | 7,130KB | Audio | It's All Comin |
| barbie21@KaZaA | clubbin.mp3 | marcus houston ft joe bu... | 3,934KB | Audio | |
| barbie21@KaZaA | Da Band - Ness Yall Aint Ready.mp3 | Making The Band 2 | 3,668KB | Audio | |
| barbie21@KaZaA | Digital Underground - Humpty Dance.mp3 | Old School Rap | 6,171KB | Audio | |
| barbie21@KaZaA | Cross Roads - Bone thugs-n-harmony - Tha Crossroads.m... | Bone thugs-n-harmony | 2,686KB | Audio | |
| barbie21@KaZaA | Tupac - Hit Em Up.mp3 | Tupac | 4,882KB | Audio | |
| barbie21@KaZaA | 04-eminem_50_cent_tony_yayo_lloyd_banks-bump_heads... | Eminem 50 Cent Tony Ya... | 6,494KB | Audio | |
| barbie21@KaZaA | Steve Miller Band - Joker (midnight toker).MP3 | Steve Miller Band | 4,150KB | Audio | |
| barbie21@KaZaA | 504 Boyz - Can Tell You Wanna.mp3 | 504 boys ft. mercedes | 2,466KB | Audio | I C |
| barbie21@KaZaA | Sporty Thievz - No Pigeons (1).mp3 | Sporty Thieves | 4,504KB | Audio | |
| barbie21@KaZaA | dashboard confessional - janie.mp3 | Dashboard Confessional | 2,514KB | Audio | |
| barbie21@KaZaA | 01-50_cent_ft._nate_dogg_and_monica-21_questions_an... | 50 Cent Feat. Monica | 6,523KB | Audio | 21 |

Found 598 files | 2,969,949 users online, sharing 556,720,275 files (4,544,896 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| barbie21@KaZaA | 01-50_cent_ft._nate_dogg_and_monica-21_questions_an... | 50 Cent Feat. Monica | 6,523KB | Audio | 21 |
| barbie21@KaZaA | Tears For Fears - Shout.mp3 | Tears For Fears | 3,680KB | Audio | |
| barbie21@KaZaA | George Michael-father's figure (1).mp3 | George Michael | 3,940KB | Audio | |
| barbie21@KaZaA | George Michael - I Want Your Sex.mp3 | George Michael | 4,399KB | Audio | |
| barbie21@KaZaA | Tears for Fears - Everybody Wants Rule the World mp3 | Tears for Fears | 3,929KB | Audio | Everybody Wa |
| barbie21@KaZaA | Tears For Fears - Sowing The Seeds Of Love.mp3 | 3 | 5,925KB | Audio | Sowing |
| barbie21@KaZaA | Tears For Fears - Head Over Heels.mp3 | Tears For Fears | 3,976KB | Audio | |
| barbie21@KaZaA | Right Said Fred - I'm Too Sexy (original).mp3 | Right Said Fred | 2,710KB | Audio | I'm |
| barbie21@KaZaA | Linkin Park - Runaway.mp3 | Linkin Park | 2,676KB | Audio | |
| barbie21@KaZaA | George MichaelFaith10Hard Day {Shep Pettibone Remix}... | George Michael | 7,619KB | Audio | Hard Day {Shep |
| barbie21@KaZaA | Jagged Edge - Let's Get Married (Remix Run DMC).mp3 | Jagged Edge | 3,930KB | Audio | Let's Get Marriec |
| barbie21@KaZaA | REGGEA DMX feat. Mr. Veges - Here Comes The Boom.mp3 | REGGEA DMX feat Mr. V... | 2,041KB | Audio | Her |
| barbie21@KaZaA | jagged edge - where the party at (feat nelly).MP3 | Nelly | 3,635KB | Audio | where the p |
| barbie21@KaZaA | R 'n E_Hip Hop mixes - Dj Mixes Rap Remix 2001 (2).mp3 | Reggea mix | 4,938KB | Audio | |
| barbie21@KaZaA | New Kids On The Block - Please Dont Go Girl.mp3 | New Kids on the Block | 4,200KB | Audio | |
| barbie21@KaZaA | I cant make U luv me.mp3 | Bonnie Raitt | 3,983KB | Audio | Can't |
| barbie21@KaZaA | Linkin Park - In The End.mp3 | Linkin Park | 3,382KB | Audio | |
| barbie21@KaZaA | Linkin Park - Paper Cut.mp3 | Linkin Park | 2,888KB | Audio | |
| barbie21@KaZaA | Linkin Park - A Place For My Head.mp3 | Linkin Park | 2,882KB | Audio | A |
| barbie21@KaZaA | Linkin Park - One Step Closer.mp3 | Linkin Park | 3,649KB | Audio | |
| barbie21@KaZaA | Lincoln Park - crawl.mp3 | Linkin Park | 4,898KB | Audio | |
| barbie21@KaZaA | 2pac - Wonder Why They Call U Bitch.mp3 | Tupac | 4,032KB | Audio | Wonder Wh |
| barbie21@KaZaA | Lincoln Park - Track 07.mp3 | Lincoln Park | 3,022KB | Audio | |
| barbie21@KaZaA | Linkin Park - Pushing Me Away.mp3 | Linkin Park | 2,996KB | Audio | |
| barbie21@KaZaA | So Yesterday (1).mp3 | Hilary Duff | 3,313KB | Audio | |
| barbie21@KaZaA | 80s RAP Marrs - Pump Up the Volume.mp3 | DANCE MUSIC 80'S | 3,720KB | Audio | Pi |
| barbie21@KaZaA | Young MC - Bust A Move.mp3 | Young MC | 4,162KB | Audio | |
| barbie21@KaZaA | Its_About_Time.mp3 | Lillix | 3,458KB | Audio | |
| barbie21@KaZaA | Lil Kim - Its like romeo and Juliet.mp3 | Lil kim | 3,232KB | Audio | Its li |

Found 598 files | 2,969,949 users online, sharing 556,720,275 files (4,544,896 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| barbie21@KaZaA | Lil Kim - Its like romeo and Juliet.mp3 | Lil kim | 3,232KB | Audio | Its lil |
| barbie21@KaZaA | B'Witched - Hey Mickey! (Bring It On Soundtrack) (2).mp3 | Cheerleading Mixes | 3,188KB | Audio | Hey Mickey! (brinc |
| barbie21@KaZaA | Dream - He Loves U Not.mp3 | Dream | 2,642KB | Audio | |
| barbie21@KaZaA | old school rap - kris kross 'Jump'.mp3 | Old School Rap | 3,042KB | Audio | |
| barbie21@KaZaA | breakdance beats no words.mp3 | music instructor Breakdan... | 647KB | Audio | OLD SCH |
| barbie21@KaZaA | Deftones - Root.mp3 | Deftones | 3,453KB | Audio | |
| barbie21@KaZaA | What Women Want Soundtrack - 10.mp3 | Christina Aguilera | 3,378KB | Audio | |
| barbie21@KaZaA | DJ Kool - Let Me Clear My Throat.mp3 | DJ Koo | 4,557KB | Audio | Let M |
| barbie21@KaZaA | Foxy Brown_Jay Z - I'll Be (dirty) (1).mp3 | Foxy Brown_Jay Z | 2,798KB | Audio | |
| barbie21@KaZaA | boombalalala mix better.mp3 | Old School | 7,574KB | Audio | mix of ALL e |
| barbie21@KaZaA | Slow Jams Mix- Ol Schoo vs.mp3 | Slow Jam Mixes | 9,644KB | Audio | Ol Sch |
| barbie21@KaZaA | HpHop Rap 90's Old School-Booty Mix - Boom! I Got Your ... | DANCE SONGS | 1,168KB | Audio | Boom! I |
| barbie21@KaZaA | Silky Fine - Its Like Romeo_Juliet.mp3 | Silk-E-Fine | 4,281KB | Audio | |
| barbie21@KaZaA | freestyle_dance - old school break beats.mp3 | Party Music | 1,712KB | Audio | Hip Hop - Olc |
| barbie21@KaZaA | Babys - I Aint Missing You.mp3 | John Waite | 3,624KB | Audio | |
| barbie21@KaZaA | ChicMusic-SophieBHawkins-Damn,WishIWasYourLover.mp3 | Sophie B Hawkins | 5,018KB | Audio | wis |
| barbie21@KaZaA | Lil Suzy - Take Me In Your Arms.mp3 | Lil Suzy | 3,657KB | Audio | Tal |
| barbie21@KaZaA | carry this picture-a mark a mission a brand a scar_cashboa... | dashboard confessional | 2,511KB | Audio | |
| barbie21@KaZaA | Max a Milion - Hey Fat Boy.mp3 | Max a Million | 3,912KB | Audio | |
| barbie21@KaZaA | Stevie B - Latin Mixes - Ultimix Old School Freestyle Mix.mp3 | Stevie B | 1,937KB | Audio | Ultimix Old S |
| barbie21@KaZaA | Reggae - I Would Like To Get To Know You.mp3 | Reggae | 2,686KB | Audio | Like T |
| barbie21@KaZaA | Deftones - My Own Summer.mp3 | Deftones | 3,348KB | Audio | |
| barbie21@KaZaA | Some kind of Funky regea mix.mp3 | Rave Dance Club Music | 6,208KB | Audio | hiphop reg |
| barbie21@KaZaA | DANCE DJ SCRIEBLE - GET ON THE FLOOR IF YOU GOT T... | DJ SCRIBBLE | 3,979KB | Audio | GET ON THE FLOOR IF YOU |
| barbie21@KaZaA | R. Kelly - Downlow.mp3 | R Kelly and Ron Isley | 4,290KB | Audio | |
| barbie21@KaZaA | 112 - It's Over Now.mp3 | 112 | 3,625KB | Audio | |
| barbie21@KaZaA | Billy Joel - We Didn't Start the Fire.mp3 | Billy Joel | 4,544KB | Audio | We D |
| barbie21@KaZaA | Dj Screw - Twista - Get It Wet.mp3 | DJ Screw | 3,561KB | Audio | Ge |
| barbie21@KaZaA | Staind - Mudshovel.mp3 | Staind | 4,398KB | Audio | |

Found 598 files | 2,969,949 users online, sharing 556,720,275 files (4,544,896 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| barbie21@KaZaA | Staind - Mudshovel.mp3 | Staind | 4,398KB | Audio | |
| barbie21@KaZaA | Beatles - Imagine.mp3 | John Lennon | 3,066KB | Audio | |
| barbie21@KaZaA | 50 Cent - Many Men (Remix).mp3 | 50 Cent Ft. Brooklyn | 4,978KB | Audio | |
| barbie21@KaZaA | The Boys of Summer.mp3 | The Ataris | 4,032KB | Audio | |
| barbie21@KaZaA | Reggae ~ Shabba Ranks - Murder She Wrote.mp3 | Shabba Ranks | 3,496KB | Audio | |
| barbie21@KaZaA | Groove Armada - I See You Baby Shakin That Ass.mp3 | Groove Armada | 3,810KB | Audio | I See You Ba |
| barbie21@KaZaA | Li Troy - Wanna be a Baler.mp3 | Lil Troy | 3,432KB | Audio | |
| barbie21@KaZaA | Mr. Vegas - She's A Hoe.mp3 | Mr. Vegas | 3,061KB | Audio | |
| barbie21@KaZaA | Copy (3) of [Old School Rap]-2 Live Crew - Too Much Booty... | 2 Live Crew | 2,688KB | Audio | Dance toc Mi |
| barbie21@KaZaA | 2 Live Crew - Can a Nigga Get a Table Dance (1).mp3 | Live | 3,447KB | Audio | Can a Nigga Gel |
| barbie21@KaZaA | 2 justin like i love you.mp3 | Justin Timberlake | 3,659KB | Audio | |
| barbie21@KaZaA | mr cheeks - lights camera action.mp3 | Mr. Cheeks | 4,192KB | Audio | Lights, Cam |
| barbie21@KaZaA | Tru f Master P - Hoody Hoo.mp3 | Tru f. Master F | 3,210KB | Audio | |
| barbie21@KaZaA | 11-staind-tonight-rns.mp3 | Staind | 6,227KB | Audio | |
| barbie21@KaZaA | Snoop Doggy Dog - Whats My Name.mp3 | Snoop Dogg | 3,651KB | Audio | |
| barbie21@KaZaA | Dr. Dre Snoop Doggy Dog - Nothing But A G Thang.mp3 | Snoop Dogg and Dr Dre | 3,727KB | Audio | Nut |
| barbie21@KaZaA | Limp Bizkit- Welcome Home (Santarium).mp3 | Limp Bizkit | 4,730KB | Audio | Welcome |
| barbie21@KaZaA | Ice Cube - You Can Do It (put your back into it).mp3 | Ice Cube | 3,029KB | Audio | You Can Do It (pu |
| barbie21@KaZaA | 17-beyonce_feat._sean_paul-babyboy-wcr.mp3 | Beyonce Feat. Sean Paul | 5,362KB | Audio | |
| barbie21@KaZaA | 03-50_cent-in_da_hood_(feat_brooklyn)-rns.mp3 | 50 Cent | 2,646KB | Audio | In Da Hoc |
| barbie21@KaZaA | Baby Bash ft. SPM - Short Skirts.MP3 | New Artist (216) | 1,546KB | Audio | |
| barbie21@KaZaA | rb- 112 featuring The Notorious BIG Mase - Only You.n... | 112 w/Notorious B.I.G. ... | 3,968KB | Audio | |
| barbie21@KaZaA | OLD SCHOOL-Color Me Badd - I Wanna Sex You Up.mp3 | Color Me Bad | 3,366KB | Audio | I |
| barbie21@KaZaA | Janis Joplin - Me And Bobby McGee.mp3 | Janis Joplin | 4,269KB | Audio | Me |
| barbie21@KaZaA | cheer music- BOoTy BouNcE (1).mp3 | Party Mixes | 2,378KB | Audio | Dance - Booty |
| barbie21@KaZaA | 69 Boys - Here Kitty Kitty.mp3 | 69 Boys | 3,672KB | Audio | |
| barbie21@KaZaA | Luniz - I Got Five On It.mp3 | Luniz | 3,664KB | Audio | |
| barbie21@KaZaA | Dr. Dre - The Next Episode.mp3 | Dr. Dre F. Snoop Dogg A... | 2,552KB | Audio | |
| barbie21@KaZaA | HIP-HOP Satisfy_you.mp3 | Puff Daddy feat. R Kelly | 3,550KB | Audio | |

Found 598 files | 2,969,949 users online, sharing 556,720,275 files (4,544,896 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| barbie21@KaZaA | HIP-HOP Satisfy_you.mp3 | Puff Daddy feat. R Kelly | 3,550KB | Audio | |
| barbie21@KaZaA | NeLLy, P. DIDDy, MuRphy Lee - ShaKe YoUr TaLfeaTHeR.... | NeLLy, P Diddy, MurphY L... | 4,556KB | Audio | ShaKe YoUr |
| barbie21@KaZaA | Fuel - 05 - Bad 5 Day.mp3 | Fuel | 4,536KB | Audio | |
| barbie21@KaZaA | White Stripes, The - Seven Nation Army (Full Version) - - 0... | White Stripes, The | 3,624KB | Audio | Seven Nation |
| barbie21@KaZaA | Pure Moods Enya - Return To Innocence - Enigma.mp3 | Enigma | 3,512KB | Audio | Re |
| barbie21@KaZaA | John Lennon - Imagine.mp3 | John Lennon | 2,874KB | Audio | |
| barbie21@KaZaA | Youngbloodz - Get It How We Get It.mp3 | Young Bloodz | 3,381KB | Audio | Ge |
| barbie21@KaZaA | fuel_wont_back_down.mp3.mp3 | Fuel | 4,770KB | Audio | Won't Back Down(Dar |
| barbie21@KaZaA | Young Bloodz feat Lil Jon = Damn!.mp3 | Young Bloodz feat Lil' Jon | 4,698KB | Audio | |
| barbie21@KaZaA | Fuel - Something Like Human - 11 - Innocent.mp3 | FUEL | 5,149KB | Audio | |
| barbie21@KaZaA | City High - Caramel (1).mp3 | City High ft Eve | 2,650KB | Audio | |
| barbie21@KaZaA | Bow Wow Feat.mp3 | Lil' Bow Wow Feat. Baby | 6,029KB | Audio | |
| barbie21@KaZaA | young bloods what you lookin at.mp3 | Young Bloodz | 5,547KB | Audio | Whatchu Lo |
| barbie21@KaZaA | Brand New - Jude Law And A Semester Abroad mp3 | Brand New | 3,474KB | Audio | Jude Law And A |
| barbie21@KaZaA | 08-staind-layne-rns.mp3 | Staind | 6,243KB | Audio | |
| barbie21@KaZaA | Movie - Billy Madison - Peeing Your Pants Is Cool.mp3 | Adam Sandler | 544KB | Audio | Peeing |
| barbie21@KaZaA | Sweet Victory - Spongebob Squarepants.mp3 | Spongebob Squarepants | 1,448KB | Audio | |
| barbie21@KaZaA | 13-staind-blow_away-rns.mp3 | Staind | 8,812KB | Audio | |
| barbie21@KaZaA | Changing Faces - Stroke You Up.mp3 | Changing Faces _R. Kelly | 4,286KB | Audio | |
| barbie21@KaZaA | Da Brat - Im In Love With You (So So Def Remix).mp3 | Da Brat | 5,948KB | Audio | I'm In Love With You |
| barbie21@KaZaA | Bryan Adams_Barbra Streisand - I Finally Found Someone. . | Bryan Adams _Barbara S.. | 3,502KB | Audio | I Fina |
| barbie21@KaZaA | 50 Cent - I SMELL PUSSY.mp3 | 50 Cent | 4,337KB | Audio | |
| barbie21@KaZaA | Staind - Price to Play (Full Version).mp3 | Staind | 3,456KB | Audio | |
| barbie21@KaZaA | 04 - Yesterday.mp3 | Staind | 5,337KB | Audio | |
| barbie21@KaZaA | 03-staind-so_far_away-rns.mp3 | Staind | 5,747KB | Audio | |
| barbie21@KaZaA | Sean Paul - Deport Them (extended).mp3 | Sean Paul | 5,374KB | Audio | |
| barbie21@KaZaA | DMX - Who We Be.mp3 | 03-dmx-who_we_be-ego | 3,579KB | Audio | |
| barbie21@KaZaA | Li Jon_Eastside Boys Feat. Ying Yang Twins - Get Low .m... | Lil' Jon_Eastside Boys | 5,222KB | Audio | |
| barbie21@KaZaA | Make You Mad (1).mp3 | Da Band (Bad Boy's New . . | 2,553KB | Audio | |

Found 598 files | 2,969,949 users online, sharing 556,720,275 files (4,544,896 GB) | Not sharing any files