**Kazaa - [Search]**

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New Search | Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| barbie21@KaZaA | Make You Mad (1).mp3 | Da Band (Bad Boy's New... | 2,553kB | Audio | |
| barbie21@KaZaA | g unit - im a soldier (produced by emin..mp3 | 50 Cent, G-Unit, Emin... | 5,298kB | Audio | I'm |
| barbie21@KaZaA | Run DMC - It's Tricky.mp3 | Run DMC | 2,882kB | Audio | |
| barbie21@KaZaA | Staind-14 Shades of Grey-Falling_down.mp3 | Staind | 5,544kB | Audio | |
| barbie21@KaZaA | The Lox - Ryde Or Die Chick.mp3 | The lox f./Eve_Tinbala... | 1,676kB | Audio | I reel |
| barbie21@KaZaA | The Lox - Always Love Big Poppa.mp3 | lox | 3,523kB | Audio | Well Alwa |
| barbie21@KaZaA | PrizeFighter-Whats the difference (dre,lox, eve ..)... | Dr. Dre, Lox, Eve, Drag... | 4,970kB | Audio | What's The |
| barbie21@KaZaA | Notorious BIG_R Kely - Fucking You Tonight.mp3 | Notoricus B.I.G. feat. R. ... | 4,724kB | Audio | I'm F |
| barbie21@KaZaA | Easy E - Boyz in Da Hood .mp3 | Eazy E | 5,930kB | Audio | |
| barbie21@KaZaA | 50cent n banks - intaland beat.mp3 | 5o cents with lloyd banks | 3,512kB | Audio | |
| barbie21@KaZaA | lloyd banks - bullet proof freestyle.mp3 | G-Unit | 2,547kB | Audio | |
| barbie21@KaZaA | Da Band - Phily thugs.mp3 | Making The Band 2 | 5,446kB | Audio | |
| barbie21@KaZaA | cristina aguilera and lil' kim - can't hold us down.mp3 | Christina Aguilera | 3,986kB | Audio | |
| barbie21@KaZaA | DMX-where the hood at(remix).mp3 | Cutmaster C | 5,544kB | Audio | Where Da 'Hood |
| barbie21@KaZaA | water in the game.mp3 | Warren G | 3,889kB | Audio | Can't Hold Us D |
| barbie21@KaZaA | Warren G - Regulators.mp3 | Elephant Man | 2,342kB | Audio | Pon De |
| barbie21@KaZaA | Elephant Man - Pon De Rivet Pon De Bank.mp3 | Outkast | 4,755kB | Audio | Bo |
| barbie21@KaZaA | Outkast - B.O.B. ;Bombs Over Baghdad).mp3 | Making the Band 2 | 3,615kB | Audio | |
| barbie21@KaZaA | Da Band-Livin Legend.mp3 | Da Band | 960kB | Audio | |
| barbie21@KaZaA | god smack I_Stand_Alone.mp3 | Godsmack | 3,330kB | Audio | |
| barbie21@KaZaA | Da Band - WhereFrom.mp3 | Da Band | 4,752kB | Audio | |
| barbie21@KaZaA | ELLIOTNESS_FREESTYLE - DJ DELZ.mp3 | Da Band | 3,216kB | Audio | Elliot Ness - |
| barbie21@KaZaA | 28 Days Later - The Beghning.mp3 | Da Band | 2,750kB | Audio | |
| barbie21@KaZaA | Jay Z - Soon You'll Understand.mp3 | jay z | 2,149kB | Audio | Soo |
| barbie21@KaZaA | Bad boys ii - 05 - Girl im a bad boy.mp3 | Da Band | 4,752kB | Audio | Girl I |
| barbie21@KaZaA | Public Announcement - Body Bumpin'.mp3 | Public Announcement | 4,201kB | Audio | Body |
| barbie21@KaZaA | (Making the Band 2) Da Band - why mp3 | Making the Band 2 | 4,355kB | Audio | |
| barbie21@KaZaA | Da Band-First Song.mp3 | Da Band | 2,394kB | Audio | MADE |
| | Joe Nills-Whoa Freestyle.mp3 | Making The Band 2 | 3,657kB | Audio | |

Found 598 files | 2,969,949 users online sharing 5,586,720,275 files (4,544,896 GB) | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | MyKazaa | Theater | Download | Search | Traffic | Shop | Tell A Friend

New search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| barbie21@kaZaA | Jae Mills - Wh3a Freestyle.mp3 | Making The Band 2 | 3,57KB | audio |
| barbie21@kaZaA | Ashanti - 14 - Unfoolish - music-madness.mp3 | Ashanti | 1,695KB | audio |
| barbie21@kaZaA | Da_Band_Mixtape_01 Da Band - Hot 97 Freestyle Fred.mp3 | Fred | 1,145KB | audio |
| barbie21@kaZaA | D-Block - 2 guns Jp.mp3 | D-Block | 6,140KB | audio |
| barbie21@kaZaA | Cristina Aguilera - Come On Over Baby (Video Version).m... | Christina Aguilera | 3,428KB | audio |
| barbie21@kaZaA | 2 pac - al eyez on me (1).mp3 | 2pac | 3,605KB | audio |
| barbie21@kaZaA | Total - Trippin'.mp3 | Total | 1,617KB | audio |
| barbie21@kaZaA | Britney Spears - I'm A Slave 4 U.mp3 | Britney Spears | 3,212KB | audio |
| barbie21@kaZaA | Da Band - Hold Me Down.mp3 | Da Band | 5,551KB | audio |
| barbie21@kaZaA | eliot_ness_the_family-criminal minded(dj delz).mp3 | da band | 2,933KB | audio |
| barbie21@kaZaA | 27-eliot_ness_murda_mll__rell-b-industry-las.mp3 | Making The Band 2 | 5,409KB | audio |
| barbie21@kaZaA | 04-eliot_ness-down_ass_chck_freestyle-tes.mp3 | Making The Band 2 | 2,145KB | audio |
| barbie21@kaZaA | Making The Band 2 - Da Band - Bad Boy This Bad Boy Tha... | Da Band | 4,439KB | audio |
| barbie21@kaZaA | OLD SCHOOL pharcyde Wocd Soundtrack - Back in the day... | Pharcyde | 6,596KB | audio |
| barbie21@kaZaA | Making The Band 2 - Da Band - Chopper - Fred - Bass - E N... | Making The Band 2 | 8,341KB | audio |
| barbie21@kaZaA | Dream -This is Me(remix).mp3 | Dream | 4,951KB | audio |
| barbie21@kaZaA | Total F. Biggie - Can't You See.mp3 | Biggie Smalls and Tota | 4,521KB | audio |
| barbie21@kaZaA | Jay-z - Soon You'll Understand.mp3 | Jay-Z | 4,300KB | audio |
| barbie21@kaZaA | Crevalle - The Red.mp3 | Chevele | 3,727KB | audio |
| barbie21@kaZaA | Envogue - All Cried Out.mp3 | Allure f/112 | 3,479KB | audio |
| barbie21@kaZaA | Jay-z - feelin it.mp3 | Jay-z | 3,972KB | audio |
| barbie21@kaZaA | System Of A Down - Toxicity.mp3 | System of a Down | 3,388KB | audio |
| barbie21@kaZaA | Boo_and_gotti_f- Lil Wayne-Aint it man (1).mp3 | Boo and Gotti | 3,980KB | audio |
| barbie21@kaZaA | Aerosmith - Living On the Edge.mp3 | Aerosmith | 5,723KB | audio |
| barbie21@kaZaA | Sheryl Crow - If It Makes You Happy.mp3 | Sheryl Crow | 5,030KB | audio |
| barbie21@kaZaA | Akinyele - Fuck Me For Free.mp3 | Akinyele | 3,513KB | audio |
| barbie21@kaZaA | Nerd - Lapdance.mp3 | N.E.R.D | 3,340KB | audio |
| barbie21@kaZaA | BabyFace-SeesYouAgain.MP3 | BabyFace | 3,600KB | audio |

Found 599 files | 6,969,919 users online sharing 556,720,275 files (4,544,396 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | New search | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend | Download

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| barbie21@kazaa | Baby Face - See You Again.MP3 | Babyface | 3,600KB | Audio |
| barbie21@kazaa | Clipse ft. Pharrel - Grindin'.mp3 | Clipse | 4,142KB | Audio |
| barbie21@kazaa | 08_Hey ma_CAM'RON_Come Home with Me.mp3 | Cameron | 3,486KB | Audio |
| barbie21@kazaa | aerosmith - sweet emotion.mp3 | Aerosmith | 3,040KB | Audio |
| barbie21@kazaa | En Vogue-Never Gonna get t.mp3 | EnVouge | 3,518KB | Audio |
| barbie21@kazaa | Guns and Roses - november rain.mp3 | Guns and Roses | 3,656KB | Audio |
| barbie21@kazaa | Wu-Tang Clan (Ol'Dirty Bastard) - Shimmy Shimmy Ya .mp3 | Wu-Tang Clan f. ODB | 3,562KB | Audio |
| barbie21@kazaa | Uncle Sam - I Dont Ever Wanna See You Again.mp3 | Uncle Sam | 5,381KB | Audio |
| barbie21@kazaa | DJ Envy - 01 - Jcneil Feat. Method Man - Round And Roun... | Method Men ft. Jo'nell | 3,247KB | Audio |
| barbie21@kazaa | Blaque - As If (Bring It On Soundtrack).mp3 | Blaque | 3,549KB | Audio |
| barbie21@kazaa | The LOX - Yonkers Tale.mp3 | D-block | 1,642KB | Audio |
| barbie21@kazaa | Allure - Last Chance.mp3 | Allure | 4,053KB | Audio |
| barbie21@kazaa | S'WV, Missy Elliot, Timbaland -Can We Get Kinky Tonite.mp3 | total | 3,711KB | Audio |
| barbie21@kazaa | NEW jae_hood stell i go: a story to tell (1).mp3 | D-Block | 2,267KB | Audio |
| barbie21@kazaa | Lou Bega - Mambo Number 5.mp3 | Lou Bega | 3,471KB | Audio |
| barbie21@kazaa | 50cent_Allure - Let It Be.mp3 | Allure Feat. 50 Cents | 3,892KB | Audio |
| barbie21@kazaa | 08-scarface_feat.mp3 | Scarface Feat. 50 Cert ... | 3,713KB | Audio |
| barbie21@kazaa | Sun_Dont_Shine.mp3 | Freeway Cschino And Ne... | 4,799KB | Audio |
| barbie21@kazaa | Save the Last Dance - ballac of fire starr.mp3 | Save the Last Dance | 3,600KB | Audio |
| barbie21@kazaa | Kanye West - Is Tha: Your Car.mp3 | KANYE WEST | 3,162KB | Audio |
| barbie21@kazaa | excuse me remix.mp3 | Jay-Z | 6,609KB | Audio |
| barbie21@kazaa | Jae hood-koolkid.mp3 | dblock | 3,682KB | Audio |
| barbie21@kazaa | royce_da_59-heartbeat_(prod_kanye_west)-kpt.mp3 | Royce Da 5'9 | 4,457KB | Audio |
| barbie21@kazaa | artist - Track 16.mp3 | J HOOD/ D BLOCK | 3,520KB | Audio |
| barbie21@kazaa | 03-The Ghost by _Styles P_ ;THE LOX}.mp3 | Styles P. | 3,776KB | Audio |
| barbie21@kazaa | Sheek Louch Feat. Mad Skillz - My Life Rmx..mp3 | Sheek Louch _Mad Skillz | 4,598KB | Audio |
| barbie21@kazaa | dmx-get t or the floor_featuring swizz beatz-grandchamp... | 3 | 1,576KB | Audio |
| barbie21@kazaa | 26-kanye_west_talb_kweli-walk_niggas-tos.mp3 | Kanye West, Talib Kweli | 2,416KB | Audio |
| barbie21@kazaa | 10-through_the_wire (1).mp3 | Kanye West | 6,570KB | Audio |

Found 598 files | 2,969,919 users on-line sharing 556,720,275 files (4,544,896 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download
New search | Search | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| barbie21@kazaA | 10-through_the_wire (1).mp3 | Kanye West | 6,379KB | Audio |
| barbie21@kazaA | kanye_west-Jesus_walks_(snippet)-whcd.mp3 | Kanye West | 1,159KB | Audio |
| barbie21@kazaA | Kanye West - Drop feat Gorgeous.mp3 | Kanye West Feat. Murphy... | 3,163KB | Audio |
| barbie21@kazaA | 20-styles_p._trav_real_dirty.mp3 | styes p. trav | 2,599KB | Audio |
| barbie21@kazaA | Save The Last Dance Soundtrack - 05 - Donnel Jones - Girl... | Save The Last Dance | 3,794KB | Audio |
| barbie21@kazaA | Dance Party Favorites - Electric Slide.mp3 | Dance Party Favorites | 4,131KB | Audio |
| barbie21@kazaA | Mr C - Cha Cha Slide (1).mp3 | Mr C | 4,354KB | Audio |
| barbie21@kazaA | Sir Mix Alot - Jump On It.mp3 | Sir Mix-A-Lot | 4,707KB | Audio |
| barbie21@kazaA | 69 Boyz - Daisy Dukes.mp3 | 69 Boyz | 3,528KB | Audio |
| barbie21@kazaA | Sir Mix Alot - I Like Big Butts.mp3 | Sir Mix Alot | 4,106KB | Audio |
| barbie21@kazaA | 90's - When I Dip You Dip.mp3 | 69 Boys | 3,026KB | Audio |
| barbie21@kazaA | Mystikal - Bouncin Back.mp3 | Nely feat. Mob Deep, Nas | 1,888KB | Audio |
| barbie21@kazaA | 69 Boys - Whoop There It Is(1).mp3 | 69 Boyz | 4,626KB | Audio |
| barbie21@kazaA | ESPN Jock Jams - Let Me Clear My Throat.mp3 | party songs | 3,528KB | Audio |
| barbie21@kazaA | Cuban Link - 24 K - 19 - freak out feat angie martinez.mp3 | Cuban Link f/Angie Martin... | 3,611KB | Audio |
| barbie21@kazaA | booty music-Luke - Shake What Your Mama Gave Ya (1)(1)... | 69 Boys | 3,036KB | Audio |
| barbie21@kazaA | Spooktacular Party Songs - Music For Your Halloween Party... | Halloween | 1,060KB | Audio |
| barbie21@kazaA | sister sledge - Freak Out.mp3 | Sister Sledge | 3,338KB | Audio |
| barbie21@kazaA | Never Leave You.mp3 | Lumidee Feat. 50 Cent | 4,559KB | Audio |
| barbie21@kazaA | Camp Lo - Luchini.mp3 | Camp Lo | 3,741KB | Audio |
| barbie21@kazaA | Halloween - Monster Mash (Bobby Pickett).mp3 | Haunted Hits | 2,974KB | Audio |
| barbie21@kazaA | Ruffchild feat Jay-Z, Ja Rule, JT, Mya, Crooklyn Clan_Ice... | Nely Feat. Mob Deep, Nas | 2,720KB | Audio |
| barbie21@kazaA | Keith murray, mcbb deep, fat joe, foxy brown, ll cool j - s... | LL Cool J | 4,724KB | Audio |
| barbie21@kazaA | OLD_SCHOO_RAP_GHETTO_BOYS_.MP3 | Geto Boys | 4,660KB | Audio |
| barbie21@kazaA | notorious big junior mafia - players anthem.mp3 | Junior M.A.F.I.A. | 5,033KB | Audio |
| barbie21@kazaA | Notorious BIG f. Junior Mafia - Get Money Remix.mp3 | Notoricus B.I.G. feat. Jun... | 3,595KB | Audio |
| barbie21@kazaA | Lloyd Banks ft 50 Cent_Game - So Hard.mp3 | Game Feat. 50 Cent_llo... | 3,276KB | Audio |
| barbie21@kazaA | Master P - Crazy about ya (3).mp3 | Mercedes | 4,985KB | Audio |

Found 598 files    2,969,949 users online sharing 556,720,275 files (4,544,396 GB)    Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| barbie21@kazaA | Sir Mix Alot - Jump On It.mp3 | Sir Mix-A-Lot | 4,707kB | Audio |
| barbie21@kazaA | 69 Boyz - Daisy Dukes.mp3 | 69 Boyz | 3,252kB | Audio |
| barbie21@kazaA | Sir Mix Alot - I Like Big Butts.mp3 | Sir Mix Alot | 4,106kB | Audio |
| barbie21@kazaA | 90's - When I Dig You Dip.mp3 | 69 Boys | 3,026kB | Audio |
| barbie21@kazaA | Mystikal - Bouncin Back.mp3 | Nely feat. Mob Deep, Nas | 1,688kB | Audio |
| barbie21@kazaA | 69 Boys - Whoop There It Is (1).mp3 | 69 Boyz | 4,626kB | Audio |
| barbie21@kazaA | ESPN Jock Jams - Let Me Clear My Throat.mp3 | party songs | 3,328kB | Audio |
| barbie21@kazaA | Cuban Link - 24 K - 19 - freak out feat angie martinez.mp3 | Cuban Link F/Angie Martin... | 3,811kB | Audio |
| barbie21@kazaA | booty music-Luke - Shake What Your Mama Gave Ya (1) (1)... | 69 Boys | 3,036kB | Audio |
| barbie21@kazaA | Spooktacular Party Songs - Music For Your Halloween Party... | Halloween | 1,660kB | Audio |
| barbie21@kazaA | sister sledge - Freak Out.mp3 | Sister Sledge | 3,538kB | Audio |
| barbie21@kazaA | Never Leave You.mp3 | Lumides Feat. 50 Cent | 4,959kB | Audio |
| barbie21@kazaA | Camp Lo - Luchini.mp3 | Camp Lo | 3,741kB | Audio |
| barbie21@kazaA | Halloween -- Monster Mash (Bobby Pickett).mp3 | Haunted Hits | 2,574kB | Audio |
| barbie21@kazaA | R.ffdhild feat Jav-Z, Ja Rule, JD, Mya, Crookyn Clan_2o... | Nely feat. Mob Deep, Nas | 2,720kB | Audio |
| barbie21@kazaA | Keith murray, mobb deep, fat joe, foxy brown, ll cool j - is... | LL Cool J | 4,724kB | Audio |
| barbie21@kazaA | OLD_SCHOO_RAP_GHETTO_BOYS_.MP3 | Geto Boys | 4,660kB | Audio |
| barbie21@kazaA | notorious big Junior mafia - players anthem.mp3 | Junior M.A.F.I.A. | 5,033kB | Audio |
| barbie21@kazaA | Notorious BIG f. Junior Mafia - Get Money Remix.mp3 | Notoricus B.I.G, Feat. Jun... | 3,395kB | Audio |
| barbie21@kazaA | Llbyd Banks ft 50 Cent_Game - So Hard.mp3 | Game Feat. 50 Cent_llo... | 3,276kB | Audio |
| barbie21@kazaA | Master P - Crazy about ya (3).mp3 | Merceces | 4,585kB | Audio |
| barbie21@kazaA | Sammie-I like the way you l.mp3 | Sammie | 2,962kB | Audio |
| barbie21@kazaA | Jessica Simpson - I Think I Am In Love With You.mp3 | Jessica Simpson | 3,090kB | Audio |
| barbie21@kazaA | Mary J. Blige feat. Grand Puba-Whats the 411.mp3 | Mary J Bildge -f Grand P... | 2,733kB | Audio |
| barbie21@kazaA | Sammie - I Like It (Remix).mp3 | Sammie | 3,540kB | Audio |
| barbie21@kazaA | MC Hammer - U Can't Touch This.mp3 | MC Hammer | 4,022kB | Audio |
| barbie21@kazaA | Rap-Old School-JJ FAD - SUPERSONIC.MP3 | JJ FAD | 3,640kB | Audio |
| barbie21@kazaA | Nas - Stillmatic - Tales From The Hood.mp3 | nas | 6,160kB | Audio |
| barbie21@kazaA | Beanie Segel-Tales Of A Hustler.mp3 | Beanie Segel | 3,906kB | Audio |

Found 598 files | 2,969,919 users online, sharing 556,720,275 files (4,544,896 GB) | Not sharing any files

# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS, INC., a Delaware corporation; and ATLANTIC RECORDING CORPORATION, a Delaware corporation,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>DEENA HALL,<br><br>　　　　　Defendant. | CIVIL ACTION No. 04-969-KAJ |

## DEFAULT BY CLERK

It appearing from the records in this action that Summons has been served upon Defendant Deena Hall, and it further appearing from the declaration of counsel for Plaintiffs, and other evidence as required by Rule 55(a) of the Federal Rules of Civil Procedure, that Defendant Deena Hall has failed to plead or otherwise defend in this action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of Plaintiffs' counsel, the DEFAULT of Defendant Deena Hall hereby is entered.

DATED: 2/16/05            By: _____
                                Deputy Clerk

# EXHIBIT 3

LAW OFFICES
## MITCHELL SILBERBERG & KNUPP LLP
A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

TRIDENT CENTER
11377 WEST OLYMPIC BOULEVARD
LOS ANGELES, CALIFORNIA 90064-1683

YVETTE MOLINARO
A PROFESSIONAL CORPORATION

TELEPHONE: (310) 235-2442
FAX: (310) 235-2488
E-MAIL ADDRESS: drat@msk.com

November 30, 2004

DEENA HALL
15 S. Cummings Dr.
Middletown, DE 19709

Re: Sony Music Entertainment Inc. et al. v. Deena Hall
United States District Court for the District of Delaware
Case No. 04-969-KAJ

Dear Ms. Hall:

This law firm is counsel to the record company Plaintiffs. You were served with the Summons and Complaint on October 7, 2004. As the Summons stated, the law required you to file and serve a response to the Complaint within 20 days after you were served. We have also granted you an extension of time until November 17, 2004 to respond to the Complaint. Because you have failed to do so, Plaintiffs now have the right to ask the Court to enter your default and to enter judgment against you for all of the relief sought in the Complaint, including monetary damages and an injunction. We urge you to file and serve a response to the Complaint immediately, and to consult an attorney if you have not yet done so. Failure to respond to the Complaint can have serious consequences for you.

If you would like to try to settle this case promptly, you or your attorney may contact the record companies' representatives by phone at (206) 973-4145, by facsimile at (206) 242-0905, or by e-mail at info@settlementsupportcenter.com. *Please do not contact any of the lawyers listed on the Complaint or any of the plaintiff record companies for purposes of discussing settlement.* If you are under 18, we will require that your attorney (or your parent or other guardian) be present during any discussions. Contacting the record companies' representatives to discuss settlement, however, is not a substitute for filing immediately a response to the Complaint.

Sincerely,

Yvette Molinaro
A PROFESSIONAL CORPORATION
of
MITCHELL SILBERBERG & KNUPP LLP

F

## LAW OFFICES
## MITCHELL SILBERBERG & KNUPP LLP
A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

TRIDENT CENTER
11377 WEST OLYMPIC BOULEVARD
LOS ANGELES, CALIFORNIA 90064-1683

YVETTE MOLINARO
A PROFESSIONAL CORPORATION

TELEPHONE: (310) 235-2442
FAX: (310) 235-2488
E-MAIL ADDRESS: dldt@msk.com

December 8, 2004

DEENA HALL
15 S. Cummings Dr.
Middletown, DE 19709

Re: Sony Music Entertainment Inc. et al. v. Deena Hall
United States District Court for the District of Delaware
Case No. 04-969-KAJ

Dear Ms. Hall:

This law firm is counsel to the record company Plaintiffs. We wrote to you on November 30, 2004, to notify you that you had failed to file and serve a response to the Complaint within the time required by law, and to urge you to do so immediately. You still have not done so. If you do not file and serve a response to the Complaint within one week from the date of this letter, Plaintiffs will ask the Court to enter your default and to enter judgment against you, including monetary damages and an injunction. Once again, we urge you to file and serve a response to the Complaint immediately, and to consult an attorney if you have not yet done so.

If you would like to try to settle this case promptly, you or your attorney may contact the record companies' representatives by phone at (206) 973-4145, by facsimile at (206) 242-0905, or by e-mail at info@settlementsupportcenter.com. Please do not contact any of the lawyers listed on the Complaint or any of the plaintiff record companies for purposes of discussing settlement. If you are under 18, we will require that your attorney (or your parent or other guardian) be present during any discussions. Contacting the record companies' representatives to discuss settlement, however, is not a substitute for filing immediately a response to the Complaint.

Sincerely,

Yvette Molinaro
A PROFESSIONAL CORPORATION
of
MITCHELL SILBERBERG & KNUPP LLP