IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS, INC., a Delaware corporation; and ATLANTIC RECORDING CORPORATION, a Delaware corporation,<br><br>    Plaintiffs,<br><br>vs.<br><br>DEENA HALL,<br><br>    Defendant. | CIVIL ACTION No. 04-969-KAJ |

## DEFAULT JUDGMENT AND PERMANENT INJUNCTION

Based upon Plaintiffs' Application For Default Judgment By The Court, and good cause appearing therefor, it is hereby Ordered and Adjudged that:

1. Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Six Thousand Dollars ($6,000.00).

2. Defendant shall pay Plaintiffs' costs of suit herein in the amount of Two Hundred and Fifty Five Dollars ($255.00).

WL: #165254 v1 (3J$#01!.DOC) 104706-416

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Rewind," on album "Stillmatic," by artist "Nas" (SR# 305-698);
- "Material Girl," on album "Like a Virgin," by artist "Madonna" (SR# 59-442);
- "Luven Me," on album "Country Grammar," by artist "Nelly" (SR# 281-782);
- "I Don't Ever Want to See You Again," on album "Uncle Sam," by artist "Uncle Sam" (SR# 252-008);
- "Let's Ride," on album "Let's Ride," by artist "Montell Jordan" (SR# 251-334);
- "Wifey," on album "Welcome II Nextasy," by artist "Next" (SR# 284-980);
- "How Many Licks?," on album "The Notorious K.I.M.," by artist "Lil' Kim" (SR# 286-624);
- "Rosa Parks," on album "Aquemini," by artist "Outkast" (SR# 264-092);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall

3

destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.


DATED: _____          By:_____
                                                                        Hon. Kent A. Jordan
                                                                         United States District Judge