# PHILLIPS, GOLDMAN & SPENCE, P. A.

JOHN C. PHILLIPS JR
STEPHEN W. SPENCE
ROBERT S. GOLDMAN
LISA C. McLAUGHLIN
JAMES P. HALL
JOSEPH J. FARNAN III
BRIAN E. FARNAN
MELISSA E. CARGNINO

ATTORNEYS AT LAW
PENNSYLVANIA AVE AND BROOM ST
1200 N BROOM STREET
WILMINGTON DELAWARE 19806

(302) 655-4200
(302) 655-4210 (F)

SUSSEX COUNTY OFFICE
1509 HIGHWAY ONE
DEWEY BEACH, DE 19971
(302) 226-4200
(302) 226-1205 (F)

REPLY TO: _____

November 2, 2005

The Honorable Kent A. Jordan
United States District Court
844 King Street
Lock Box 10
Wilmington, DE 19801

     Re:    Sony Music Entertainment, et al. v. Deena Hall
              C.A. No. 04-CV-968-KAJ

Dear Judge Jordan:

     I represent the Plaintiffs in the above-referenced matter. I write to respectfully request the status of Plaintiffs' Application for Entry of Default Judgment filed with the Court on March 17, 2005. A Default Order was entered by the Clerk against Defendant Hall on February 16, 2005. Plaintiffs' application for entry of default judgment has not been ruled upon by the Court. I am available to present the application if the Court so requires. Thank you for your consideration in this matter.

                           Respectfully submitted,

                           ROBERT S. GOLDMAN

RSG:clb