IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SONY MUSIC ENTERTAINMENT INC., a )
Delaware corporation, WARNER BROS. )
RECORDS INC., a Delaware corporation, )
UMG RECORDINGS, INC., a Delaware )
corporation, ARTISTA RECORDS, INC., a )
Delaware corporation, and ATLANTIC )
RECORDING CORPORATION, a )
Delaware corporation, )
)
          Plaintiff, )
)
v. )   Civil Action No. 04-969-KAJ
)
DEENA HALL, )
)
          Defendant. )
)

## ORDER

Oral argument on plaintiff's application of default judgment (D.I. 10) in the above-captioned action will be heard on **November 30, 2005** beginning at 9:00 a.m. and concluding at 10:00 a.m. in courtroom 6-A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

                                                              */s/ Kent A. Jordan*
                                                 UNITED STATES DISTRICT JUDGE

Dated:   November 9, 2005
Wilmington, Delaware