IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
DISTRICT OF DELAWARE
2005 NOV -9  AM 9: 23

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT INC., a Delaware corporation, WARNER BROS. RECORDS INC., a Delaware corporation, UMG RECORDINGS, INC., a Delaware corporation, ARTISTA RECORDS, INC., a Delaware corporation, and ATLANTIC RECORDING CORPORATION, a Delaware corporation, | ) ) ) ) ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| DEENA HALL, | ) ) |
| Defendant. | ) ) ) |

Civil Action No. 04-969-KAJ



RECEIVED
NOV 1 4 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**ORDER**

Oral argument on plaintiff's application of default judgment (D.I. 10) in the

above-captioned action will be heard on **November 30, 2005** beginning at 9:00 a.m.

and concluding at 10:00 a.m. in courtroom 6-A, 6th Floor, J. Caleb Boggs Federal

Building, Wilmington, Delaware.

UNITED STATES DISTRICT JUDGE

Dated:     November 9, 2005
Wilmington, Delaware

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

TO:
**DEENA HALL**
508 Rodman St.
Wilmington, DE 19805

HALL508* 19805302
FORWARD TIME EXP
HALL
1308 MONTGOMERY RD
WILMINGTON DE 1980

RETURN TO