IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware Corporation; UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS, INC., A Delaware corporation; and ATLANTIC RECORDING CORPORATION, a Delaware corporation,<br><br>        Plaintiffs,<br><br>  v.<br><br>DEENA HALL,<br><br>        Defendant. | CIVIL ACTION NO.:  04-0969 KAJ |

**<u>DEFENDANT DEENA HALL'S ANSWER TO PLAINTIFFS' COMPLAINT</u>**

COMES NOW, Defendant, Deena Hall and provides her Answer to the Complaint herein.

1. No responsive pleading is required of Answering defendant.

2. Under jurisdiction of venue, no responsive pleading is required of Answering Defendant.

3. Upon information and belief, admitted.

4. For the purposes of jurisdiction, admitted. Defendant denies that she has engaged in any act or regiment hereto.

**PARTIES**

5. Answering defendant is without sufficient knowledge to either admit or deny the averments of this paragraph.

6. Answering defendant is without sufficient knowledge to either admit or deny the averments of this paragraph.

7. Answering defendant is without sufficient knowledge to either admit or deny the averments of this paragraph.

8. Answering defendant is without sufficient knowledge to either admit or deny the averments of this paragraph.

9. Answering defendant is without sufficient knowledge to either admit or deny the averments of this paragraph.

10. Admitted.

## COUNT I

### INFRINGEMENT OF COPYRIGHTS

11. Answering Defendant incorporates its responses to paragraphs 1 through 10 as if fully set out below.

12. Answering defendant is without sufficient knowledge or information to either admit or deny the averments of this paragraph.

13. Answering defendant is without sufficient knowledge or information to either admit or deny the averments of this paragraph.

14. Denied that the defendant acted without the permission or consent to the use of an online media distribution system to download copyrighted recordings and/or distribute copyrighted recordings to the public. Defendant further denies that distributed said copyright reporting to the public. Defendant finally denies that it violated plaintiff's exclusive rights of reproduction and distribution and that her actions constituted an infringement of plaintiff's copyrights and exclusive rights under copyright.

15. Denied.

16. Denied.

17. Denied.

WHEREFORE, Answering Defendant denies all liability and demand judgment in her favor, plus the costs of this action.

### AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff's complaint is barred in part or in full by the Statute of Limitations.

WHEREFORE, Answering Defendant denies all liability and demand judgment in her favor, plus the costs of this action.

SWARTZ CAMPBELL LLC

*/s/ Nicholas E. Skiles, Esquire*
Nicholas E. Skiles, Esquire (I. D. #3777)
300 Delaware Avenue, Suite 1130
P.O. Box 330
Wilmington, DE 19899
(302) 656-5935

Date: December 30, 2005    Attorneys for Defendant Deena Hall