IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware Corporation; UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS, INC., A Delaware corporation; and ATLANTIC RECORDING CORPORATION, a Delaware corporation,<br><br>      Plaintiffs,<br><br>v.<br><br>DEENA HALL,<br><br>      Defendant. | CIVIL ACTION NO.: 04-0969 KAJ |

**NOTICE OF SERVICE**

I, Nicholas E. Skiles, hereby certify that on this 30th day of December, 2005, two copies of the foregoing Defendant's Answer to Plaintiffs' Complaint h were e-filed and mailed via first class mail, postage prepaid to the following:

>Robert S. Goldman, Esquire
>Phillips, Goldman & Spence, P.A.
>1200 North Broom Street
>Wilmington, DE 19806

>SWARTZ CAMPBELL LLC

>*/s/ Nicholas E. Skiles, Esquire*
>Nicholas E. Skiles, Esquire (I.D. 3777)
>300 Delaware Avenue, Suite 1130
>P.O. Box 330
>Wilmington, DE 19801
>(302) 656-5935
>Attorney for Defendant Deena Hall