# PHILLIPS, GOLDMAN & SPENCE, P. A.

ATTORNEYS AT LAW

JOHN C. PHILLIPS, JR
STEPHEN W. SPENCE
ROBERT S. GOLDMAN
LISA C. McLAUGHLIN
JAMES P. HALL
JOSEPH J. FARNAN, III
BRIAN E. FARNAN
MELISSA E. CARGNINO

PENNSYLVANIA AVE. AND BROOM ST
1200 N BROOM STREET
WILMINGTON DELAWARE 19806

(302) 655-4200
(302) 655-4210 (F)

SUSSEX COUNTY OFFICE
1509 HIGHWAY ONE
DEWEY BEACH DE 19971
(302) 226-4200
(302) 226-1205 (F)

REPLY TO: _____

January 19, 2006

*E-Filed*

The Honorable Kent A. Jordan
United States District Court
844 King Street
Lock Box 10
Wilmington, DE 19801

    Re:    Sony Music Entertainment, et al. v. Deena Hall
           C.A. No. 04-CV-968-KAJ

Dear Judge Jordan:

    Enclosed please find the parties' joint proposed Rule 16 Scheduling Order to be discussed during the January 25, 2006 teleconference at 11:30 a.m.

                                  Respectfully submitted,

                                  ROBERT S. GOLDMAN

RSG:clb
Enclosure
cc:    Nicholas E. Skiles, Esquire