IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT INC., a Delaware corporation, WARNER BROS. RECORDS INC., a Delaware corporation, UMG RECORDINGS, INC., a Delaware corporation, ARTISTA RECORDS, INC., a Delaware corporation, and ATLANTIC RECORDING CORPORATION, a Delaware corporation,<br><br>            Plaintiff,<br><br>v.<br><br>DEENA HALL,<br><br>            Defendant. | Civil Action No. 04-969-KAJ |

## ORDER

At Wilmington this 20th day of January, 2006,

WHEREAS, defendants filed a motion for default judgment (D.I. 10) and plaintiff filed an answer to the complaint (D.I. 17);

IT IS ORDERED that the motion is DENIED.

_____
UNITED STATES DISTRICT JUDGE