# PHILLIPS, GOLDMAN & SPENCE, P. A.

JOHN C PHILLIPS JR
STEPHEN W SPENCE
ROBERT S GOLDMAN
LISA C McLAUGHLIN
JAMES P HALL
JOSEPH J FARNAN III
BRIAN E FARNAN
MELISSA E CARGNINO

ATTORNEYS AT LAW
PENNSYLVANIA AVE AND BROOM ST
1200 N BROOM STREET
WILMINGTON DELAWARE 19806

(302) 655-4200
(302) 655-4210 (F)

SUSSEX COUNTY OFFICE
1509 HIGHWAY ONE
DEWEY BEACH, DE 19971
(302) 226-4200
(302) 226-1205 (F)

REPLY TO: _____

January 25, 2006

*E-Filed*

The Honorable Kent A. Jordan
United States District Court
844 King Street
Lock Box 10
Wilmington, DE 19801

    Re:    Sony Music Entertainment, et al. v. Deena Hall
             C.A. No. 04-CV-968-KAJ

Dear Judge Jordan:

    Enclosed please find the revised Rule 16 Scheduling Order which has been conformed to the terms discussed during the Scheduling Conference on January 25, 2006.

                                      Respectfully submitted,

                                      ROBERT S. GOLDMAN

RSG:clb
Enclosure
cc:    Nicholas E. Skiles, Esquire