IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware Corporation; UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS, INC., A Delaware corporation; and ATLANTIC RECORDING CORPORATION, a Delaware corporation,<br><br>        Plaintiffs,<br><br>  v.<br><br>DEENA HALL,<br><br>        Defendant. | CIVIL ACTION NO.:  04-0969 KAJ |

**DEFENDANT'S INITIAL SELF-EXECUTING DISCLOSURES
PURSUANT TO RULE 26(a)**

In accordance with Rule 26(a) of the Federal Rules of Civil Procedure (the "Rules"), Defendant Deena Hall provides her initial disclosures.

A. **NAMES OF INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION**

Name and, if known, the address and phone number of each individual likely to have discoverable information that disclosing party may use to support its claim, unless solely for impeachment:

    1.    The Plaintiffs;

    2.    The Defendant.

1

**(B)**     None.

**(C)**     None.

**(D)**     None.

Defendant reserves the right to supplement and/or amend these disclosures pursuant to the Federal Rules of Civil Procedure 26.

Respectfully submitted,

SWARTZ CAMPBELL LLC

*/s/ Nicholas E. Skiles, Esquire*
Nicholas E. Skiles, Esquire (I.D. 3777)
300 Delaware Avenue, Suite 1130
P.O. Box 330
Wilmington, DE 19801
(302) 656-5935
Attorney for Defendant Deena Hall

Dated: February 1, 2006