## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware Corporation; UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS, INC., A Delaware corporation; and ATLANTIC RECORDING CORPORATION, a Delaware corporation,<br><br>        Plaintiffs,<br><br>    v.<br><br>DEENA HALL,<br><br>        Defendant. | CIVIL ACTION NO.: 04-0969 KAJ |

## **NOTICE OF SERVICE**

I, Nicholas E. Skiles, Esquire, hereby certify that on this 1st day of February, 2006, a copy of Defendant's Initial Self-Executing Disclosures has been sent via electronic filing, to:

Robert S. Goldman, Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

SWARTZ CAMPBELL LLC


*/s/ Nicholas E. Skiles, Esquire*
Nicholas E. Skiles, Esquire (I.D. 3777)
300 Delaware Avenue, Suite 1130
P.O. Box 330
Wilmington, DE 19801
(302) 656-5935
Attorney for Defendant Deena Hall