UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

---

Sony Music Entertainment., et al

    Plaintiffs,

 -against-            Case No. 1:04CV00969-KAJ

Deena Hall,

    Defendant.

--- X

### PLAINTIFFS' EXPERT DISCLOSURES PURSUANT TO F.R.C.P. 26 (a) (2)

Plaintiffs provide this Expert Disclosure to Defendant pursuant to Federal Rule of Civil Procedure 26 (a) (2). Please see attached Expert Report of Doug Jacobson, Ph.D., CFCE. Plaintiffs reserve the right to supplement this disclosure.

Dated: May 3, 2006

       PHILLIPS, GOLDMAN & SPENCE, P.A.

       */s/ Robert S. Goldman*
       ROBERT S. GOLDMAN, ESQ. #2508
       1200 N. Broom Street
       Wilmington, DE 19806
       (302) 655-4200
       Attorney for Plaintiffs