## CERTIFICATE OF SERVICE

I, Robert S. Goldman, hereby swear that on January 31, 2006, I served via E-File and U.S. First Class Mail, the attached Plaintiffs' Expert Disclosure Pursuant to F.R.C.P. 26 on the following counsel:

Nicholas E. Skiles, Esquire
Swartz, Campbell, LLC
300 Delaware Avenue
Suite #300
Wilmington, DE 19801

_____
Robert S. Goldman, Esquire #2508