# PHILLIPS, GOLDMAN & SPENCE, P. A.

ATTORNEYS AT LAW

JOHN C PHILLIPS JR
STEPHEN W SPENCE
ROBERT S GOLDMAN
LISA C McLAUGHLIN
JAMES P HALL
JOSEPH J FARNAN, III
BRIAN E FARNAN
MELISSA E CARGNINO

PENNSYLVANIA AVE AND BROOM ST
1200 N BROOM STREET
WILMINGTON DELAWARE 19806

(302) 655-4200
(302) 655-4210 (F)

SUSSEX COUNTY OFFICE
1509 HIGHWAY ONE
DEWEY BEACH DE 19971
(302) 226-4200
(302) 226-1205 (F)

REPLY TO: _____

May 30, 2006

*E-Filed*

The Honorable Kent A. Jordan
United States District Court
844 King Street
Lock Box 10
Wilmington, DE 19801

    Re:    Sony Music Entertainment, et al. v. Deena Hall
            C.A. No. 04-CV-969-KAJ

Dear Judge Jordan:

    Pursuant to this Court's Order of January 26, 2006, please consider this letter an interim status report on the nature of the matters in issue and the progress of discovery to date. Plaintiffs brought this action pursuant to 17 U.S.C. § 501, *et seq.* for copyright infringement against Defendant Deena Hall on August 25, 2004. The Complaint seeks statutory minimum damages plus court costs totaling $6,255. Mediation is scheduled for November 8, 2006. The parties have been involved in ongoing settlement negotiations. There are no outstanding discovery obligations and no discovery disputes. The discovery cutoff date is July 31, 2006.

    The undersigned is available to provide the Court with any further information required.

Respectfully submitted,

*[signature]*

ROBERT S. GOLDMAN

RSG:clb
cc:    Nicholas E. Skiles, Esquire