IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; and ATLANTIC RECORDING CORPORATION, a Delaware corporation,<br><br>    Plaintiffs,<br><br>vs.<br><br>DEENA HALL,<br><br>    Defendant. | CIVIL ACTION No. 1:04-cv-00969-KAJ |

### NOTICE OF SERIVCE

PLEASE TAKE NOTICE that on the 31st day of May, 2006, a copy of Plaintiffs' First Set of Interrogatories, First Set of Request for Production and First Set of Request for Admissions Directed to Defendant were delivered to counsel listed below as indicated:

*Via U.S. First Class Mal*
Nicholas Skiles, Esquire
Swartz Campbell LLC
300 Delaware Avenue, Suite 1130
Wilmington, DE 19801

PHILLIPS, GOLDMAN & SPENCE, P.A.

/s/ Robert S. Goldman
ROBERT S. GOLDMAN, ESQUIRE (#2508)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
Attorneys for Plaintiffs