IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SONY MUSIC ENTERTAINMENT INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; and ATLANTIC RECORDING CORPORATION, a Delaware corporation, | ) ) ) ) ) ) ) ) | CIVIL ACTION No. 1:04-cv-00969-KAJ |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| DEENA HALL, | ) ) ) | |
| Defendant. | ) ) | |

## CONSENT MOTION FOR EXTENSION OF DEADLINES

Plaintiffs move this Court for a sixty-day extension of all deadlines in the above-referenced matter, including but not limited to the discovery deadline, up to and including September 25, 2006 and the dispositive motion deadline, up to and including September 26, 2006. This Court may modify its scheduling order upon good cause shown. *See* Fed. R. Civ. P. 16(b). Plaintiffs assert that the following circumstances demonstrate good cause for the above deadlines to be extended as requested:

1.    The parties are currently engaged in active settlement negotiations and believe that a settlement will soon be reached in this case.

2.    In hopes that this case will be resolved and in order to prevent additional, unnecessary expense, Defendant has not responded to discovery served on her on May 31, 2006.

3.    The parties have agreed that if a settlement is not reached by August 1, Defendant will respond to Plaintiffs' discovery requests as soon as possible thereafter.   At that time, the parties will need to schedule and take depositions.

4.    Despite the parties' good-faith efforts to complete these unfinished discovery matters before the current discovery deadline expires, Plaintiffs will not be able to complete the discovery they need to prepare their case by July 31, 2006.

5.    Plaintiffs have contacted Defendant by telephone regarding the extension of the above-referenced deadlines.  In Plaintiffs' telephone conversation with him, Defendant expressly informed Plaintiffs that he consents to the extension of the deadlines.

6.    The requested extension will not prejudice any party and will not cause a delay in the trial of this case, set for February 2007.

For the foregoing reasons, and upon good cause shown, Plaintiffs request that this Court extend the deadlines as listed above.

DATED:   July 27, 2007

Robert S. Goldman (DE Bar No. 2508)
Lisa C. McLaughlin (DE Bar No. 3113)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, Delaware 19806
Telephone: 302-655-4200

Attorneys for Plaintiffs