IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| SONY MUSIC ENTERTAINMENT INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; and ATLANTIC RECORDING CORPORATION, a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>DEENA HALL,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION No. 1:04-cv-00969-KAJ<br><br>[ |

## ORDER EXTENDING DEADLINES

This matter comes before the Court on Plaintiffs' Consent Motion to Extend Deadlines. Having reviewed the motion and being fully advised, the Court FINDS that good cause exists to extend all deadlines in this matter for 60 days and ORDERS that:

1. The discovery deadline is extended by 60 days, up to and including September 25, 2006.

2. The deadline for filing dispositive motions is extended by 60 days, up to and including, September 26, 2006.

| Date: _____ | BY THE COURT |
|---|---|
|  |  |
|  | UNITED STATES DISTRICT COURT JUDGE |

1