## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on [insert date], a copy of the foregoing **CONSENT MOTION FOR EXTENSION OF DEADLINES** was served upon the Defendant via United States Mail as follows:

> NICHOLAS SKILES
> Swartz Campbell LLC
> 300 Delaware Ave, Ste 1130
> Wilmington, DE 19801
> *Attorney for Defendant*

_____
Robert S. Goldman (DE Bar No. 2508)