# PHILLIPS, GOLDMAN & SPENCE, P. A.

JOHN C PHILLIPS JR
STEPHEN W SPENCE
ROBERT S GOLDMAN
LISA C McLAUGHLIN
JAMES P HALL
JOSEPH J FARNAN III
BRIAN E FARNAN
MELISSA E CARGNINO

ATTORNEYS AT LAW
PENNSYLVANIA AVE AND BROOM ST
1200 N BROOM STREET
WILMINGTON DELAWARE 19806

(302) 655-4200
(302) 655-4210 (F)

SUSSEX COUNTY OFFICE
1509 HIGHWAY ONE
DEWEY BEACH DE 19971
(302) 226-4200
(302) 226-1205 (F)

REPLY TO: _____

September 22, 2006

*E-Filed*

The Honorable Mary Pat Thynge
United States District Court
844 King Street
Lock Box 10
Wilmington, DE 19801

    Re: Sony Music Entertainment, et al. v. Deena Hall
           C.A. No. 04-CV-969-KAJ
           Our File: RIAA-HAL

Dear Judge Thynge:

    This letter is to advise that the above-referenced matter has been resolved and, therefore, the upcoming teleconference scheduled for September 26, 2006 at 9:00 a.m. will not be necessary. If you require any further notification or verification of this development, please advise.

                                                       Respectfully submitted,

                                                       ROBERT S. GOLDMAN

RSG:clb
cc:    Nicholas E. Skiles, Esquire