# PHILLIPS, GOLDMAN & SPENCE, P. A.

ATTORNEYS AT LAW

JOHN C. PHILLIPS, JR
STEPHEN W. SPENCE
ROBERT S. GOLDMAN
LISA C. McLAUGHLIN
JAMES P. HALL
JOSEPH J. FARNAN III
BRIAN E. FARNAN
MELISSA E. CARGNINO

PENNSYLVANIA AVE AND BROOM ST
1200 N BROOM STREET
WILMINGTON DELAWARE 19806

(302) 655-4200
(302) 655-4210 (F)

SUSSEX COUNTY OFFICE
1509 HIGHWAY ONE
DEWEY BEACH DE 19971
(302) 226-4200
(302) 226-1205 (F)

REPLY TO: _____

September 22, 2006

E-Filed

The Honorable Kent A. Jordan
United States District Court
844 King Street
Lock Box 10
Wilmington, DE 19801

    Re:    Sony Music Entertainment, et al. v. Deena Hall
              C.A. No. 04-CV-969-KAJ

Dear Judge Jordan:

    I am pleased to advise that the parties have amicably resolved this lawsuit. I anticipate filing a Stipulation of Dismissal shortly.

                                              Respectfully submitted,

                                              ROBERT S. GOLDMAN

RSG:clb
cc:    The Honorable Mary Pat Thynge
        Nicholas E. Skiles, Esquire