IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, INC., a Delaware corporation, WARNER BROS. RECORDS, INC., a Delaware corporation, UMG RECORDINGS, INC., a Delaware corporation, ARISTA RECORDS, INC., a Delaware corporation, and ATLANTIC RECORDING CORPORATION, a Delaware corporation, | : : : : : : : : : |
| Plaintiffs, | : : |
| v. | :    Civil Action No. 04-969-KAJ : |
| DEENA HALL, | : : |
| Defendant. | : |

## ORDER

At Wilmington this **25th** day of **September, 2006**,

IT IS ORDERED that the teleconference scheduled for Tuesday, September 26, 2006 at 9:00 a.m. and the mediation conference tentatively scheduled for Wednesday, November 8, 2006 beginning at 10:00 a.m. are canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE